| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Rachel M. Sposato (SBN 306045)<br>rsposato@hindslawgroup.com<br>James Andrew Hinds, Jr. (SBN 71222)<br>jhinds@jhindslawgroup.com<br>THE HINDS LAW GROUP, APC<br>21257 Hawthorne Blvd., Second Floor<br>Torrance, CA 90503<br>Tel: (310) 316-0500<br>Fax: (310) 792-5977 | |
| ☐ *Individual appearing without attorney*<br>☒ *Attorney for Debtor* | |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>HAROLD L. MCQUINN, D.D.S., INC.<br><br><br><br><br>Debtor(s) | CASE NO.: 2:20-bk-18383-BR<br>CHAPTER: 7<br><br>**SUMMARY OF AMENDED SCHEDULES,**<br>**MASTER MAILING LIST,**<br>**AND/OR STATEMENTS**<br>**[LBR 1007-1(c)]** |
|---|---|

A filing fee is required to amend Schedules D or E/F (see <u>Abbreviated Fee Schedule</u> on the Court's website <u>www.cacb.uscourts.gov</u>). A supplemental master mailing list (do not repeat any creditors on the original) is required as an attachment if creditors are being added to the Schedule D or E/F.
Are one or more creditors being added? ☒ Yes ☐ No

The following schedules, master mailing list or statements (check all that apply) are being amended:

☒ Schedule A/B   ☐ Schedule C   ☐ Schedule D   ☒ Schedule E/F   ☒ Schedule G
☐ Schedule H   ☐ Schedule I   ☐ Schedule J   ☐ Schedule J-2   ☐ Statement of Financial Affairs
☐ Statement About Your Social Security Numbers   ☐ Statement of Intention   ☒ Master Mailing List
☐ Other (*specify*) _____

I/we declare under penalty of perjury under the laws of the United States that the amended schedules, master mailing list, and/or statements are true and correct.

Date: 10/9/20

_____
Debtor 1 Signature

_____
Debtor 2 (Joint Debtor) Signature (if applicable)

***NOTE***: It is the responsibility of the Debtor, or the Debtor's attorney, to serve copies of all amendments on all creditors listed in this Summary of Amended Schedules, Master Mailing List, and/or Statements, and to complete and file the attached Proof of Service of Document.

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California

**Fill in this information to identify the case:**

Debtor name    **Harold L. McQuinn, D.D.S., Inc.**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)    _____

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets - Real and Personal Property        **12/15**

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

| Part 1: | Cash and cash equivalents |
| --- | --- |

**1. Does the debtor have any cash or cash equivalents?**

■ No.  Go to Part 2.
☐ Yes Fill in the information below.

| **All cash or cash equivalents owned or controlled by the debtor** | **Current value of debtor's interest** |
| --- | --- |

| Part 2: | Deposits and Prepayments |
| --- | --- |

**6. Does the debtor have any deposits or prepayments?**

■ No.  Go to Part 3.
☐ Yes Fill in the information below.

| Part 3: | Accounts receivable |
| --- | --- |

**10. Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | Investments |
| --- | --- |

**13. Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | Inventory, excluding agriculture assets |
| --- | --- |

**18. Does the debtor own any inventory (excluding agriculture assets)?**

■ No.  Go to Part 6.
☐ Yes Fill in the information below.

| Part 6: | Farming and fishing-related assets (other than titled motor vehicles and land) |
| --- | --- |

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

■ No.  Go to Part 7.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

Debtor    **Harold L. McQuinn, D.D.S., Inc.**    Case number *(If known)* _____
_____
Name

☐ Yes Fill in the information below.

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No.  Go to Part 8.
■ Yes Fill in the information below.

| | General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 39. | **Office furniture**<br>**Large wall painting (3' x 2')** | Unknown | | Unknown |
| 40. | **Office fixtures** | | | |
| 41. | **Office equipment, including all computer equipment and communication systems equipment and software**<br>**Desktop computer (over 5 years old)** | Unknown | | Unknown |
| | Shredder | Unknown | | Unknown |

42.    **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork;
books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card
collections; other collections, memorabilia, or collectibles

43.    **Total of Part 7.**    | _____ **$0.00** |
Add lines 39 through 42.  Copy the total to line 86.

44.    **Is a depreciation schedule available for any of the property listed in Part 7?**
■ No
☐ Yes

45.    **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
■ No
☐ Yes

| Part 8: | Machinery, equipment, and vehicles |
|---|---|

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

■ No.  Go to Part 9.
☐ Yes Fill in the information below.

| Part 9: | Real property |
|---|---|

**54. Does the debtor own or lease any real property?**

■ No.  Go to Part 10.
☐ Yes Fill in the information below.

| Part 10: | Intangibles and intellectual property |
|---|---|

**59. Does the debtor have any interests in intangibles or intellectual property?**

■ No.  Go to Part 11.
☐ Yes Fill in the information below.

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | **Harold L. McQuinn, D.D.S., Inc.** | Case number *(If known)* |
|--------|------------------------------------|--------------------------|
|        | Name                               |                          |

| Part 11: | **All other assets** |
|----------|---------------------|

70. **Does the debtor own any other assets that have not yet been reported on this form?**
    Include all interests in executory contracts and unexpired leases not previously reported on this form.

■ No.  Go to Part 12.
□ Yes Fill in the information below.

Debtor    **Harold L. McQuinn, D.D.S., Inc.**
Name

Case number *(If known)*

---

| Part 12: | Summary |
| --- | --- |

**In Part 12 copy all of the totals from the earlier parts of the form**

| Type of property | Current value of personal property | Current value of real property |
| --- | --- | --- |
| 80. **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $0.00 | |
| 81. **Deposits and prepayments.** *Copy line 9, Part 2.* | $0.00 | |
| 82. **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $0.00 | |
| 87. **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $0.00 | |
| 88. **Real property.** *Copy line 56, Part 9.*......................................................> | | $0.00 |
| 89. **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $0.00 | |
| 90. **All other assets.** *Copy line 78, Part 11.* | + $0.00 | |
| 91. **Total.** Add lines 80 through 90 for each column | $0.00 | + 91b. $0.00 |
| 92. **Total of all property on Schedule A/B.** Add lines 91a+91b=92 | | $0.00 |

**Fill in this information to identify the case:**

Debtor name **Harold L. McQuinn, D.D.S., Inc.**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

■ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

**Part 1:**    **List All Creditors with PRIORITY Unsecured Claims**

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

**Part 2:**    **List All Creditors with NONPRIORITY Unsecured Claims**

3.  **List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**Adam Fast**<br>**470 Daniels Drive**<br>**Beverly Hills, CA 90212**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>**Adam Glass**<br>**3836 Broadlawn Drive**<br>**Los Angeles, CA 90068**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1.00 |
| **3.3** Nonpriority creditor's name and mailing address<br>**Akiko Onaka**<br>**540 San Vicente Blvd., #15**<br>**Santa Monica, CA 90402**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1.00 |
| **3.4** Nonpriority creditor's name and mailing address<br>**Alan Baron**<br>**29711 Harvester Rd.**<br>**Malibu, CA 90265**<br><br>Date(s) debt was incurred _<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>■ Contingent<br>■ Unliquidated<br>■ Disputed<br><br>Basis for the claim: _<br><br>Is the claim subject to offset? ■ No  ☐ Yes | $1.00 |

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Alana Johnson**
**5 SerranoWay**
**Rancho Mirage, CA 92270**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Alba M. Gonzalez**
**12340 Rochester Ave., #223**
**Los Angeles, CA 90025**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Albert J. Ovanda**
**18408 Haterras St., #56**
**Tarzana, CA 91356**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Alec Stern**
**1417 Oak Street**
**Santa Monica, CA 90405**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Alex Salcedo**
**13965 Lemoli Ave.**
**Hawthorne, CA 90250**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.10 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Alexandra Perrinelle**
**1010 N. Kings Rd.**
**West Hollywood, CA 90069**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.11 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Alfre Woodward**
**602 Bay Street**
**Santa Monica, CA 90405**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.12 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Alfred Scott Miller**
**700 East Union**
**Pasadena, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.13 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Allan Wallach**
**3321 S. Canfield #3**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.14 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Allen Hershberg**
**455 N. Formosa**
**Los Angeles, CA 90036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.15 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Allen R. Hecht**
**13360 Meadow Wood Lane**
**Granada Hills, CA 91344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.16 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Alyssa Barzideh**
**2 Bay Club Drive, #19Y**
**Bayside, NY 11360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.17 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Ami Lapidot**
**39 Sapir Street**
**Caesarea, IS 38900**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.18 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Ana Bermudez**
**11810 Thorson Ave.**
**Lynwood, CA 90262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.19 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Ana Solomon**
**13222 Capstone Drive**
**San Diego, CA 92130**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.20 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Ana Volodarakaya**
**7737 E. Camelbach Rd. #139**
**Scottsdale, AZ 85251**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.21 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Andrew Hwang**
**7 Chadbourne Ct**
**Newport Beach, CA 92660**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.22 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Andrew Segura**
**11238 Pine Ave.**
**Lynwood, CA 90262**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.23 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Angie Everhart**
**4444 Cedros Ave.**
**Sherman Oaks, CA 91403**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.24 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Anne Aber**
**525 Lorraine Blvd.**
**Los Angeles, CA 90020**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.25 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Arax Harutunian**
**15303 Ventura Blvd., Suite 250**
**Sherman Oaks, CA 91403**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Harold L. McQuinn, D.D.S., Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.26 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Arnold Mills**
**1507 Lindacrest**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.27 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Ashley Mun**
**27257 Riverview Lane**
**Valencia, CA 91354**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.28 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Ava Nickman**
**1034 Pine St.**
**Santa Monica, CA 90405**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.29 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Barab Lee**
**1501 Lindacrest Dr**
**Beverly Hills, CA 90210**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.30 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Barbara Kruger**
**2525 Deerborn Drive**
**Los Angeles, CA 90068**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.31 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Benjiman Barzideh**
**2 Bay Club Drive, #19Y**
**Bayside, NY 11360**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.32 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Betty Rivero**
**8661 Hollywood Blvd.**
**West Hollywood, CA 90069**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Harold L. McQuinn, D.D.S., Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.33 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Biko Haffar**
**8306 Wilshore Blvd.**
**Beverly Hills, CA 90211**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.34 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bobbi Wax**
**16828 Weddington St.**
**Encino, CA 91436**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.35 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Brian Moreno**
**8641 Edwin Drive**
**Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.36 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bronwyn Preston**
**3859 Franklin Ave.**
**Los Angeles, CA 90027**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.37 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bruce Davis**
**1557 N. Orange Grove**
**Los Angeles, CA 90046**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.38 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Bryan Nichols**
**5540 W. 62nd St.**
**Los Angeles, CA 90056**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.39 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Cameron Hamza**
**1527 Venice Blvd.**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Carl Hulick**
**5363 Paseo Caliente**
**Yorba Linda, CA 92887**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Carlo Marcucci**
**10543 Northvale Rd.**
**Los Angeles, CA 90064**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Carlo Tabibi**
**817 Whittier Dr.**
**Beverly Hills, CA 90210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Carmelo Ali**
**1124 S. Point View**
**Los Angeles, CA 90035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Carol Alexander**
**3756 Stewart Ave.**
**Los Angeles, CA 90066**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Carole Fernandez**
**5705 E. Lanai Street**
**Long Beach, CA 90808**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Caron Schwartz-Venckus**
**738 Holmby Ave.**
**Los Angeles, CA 90024**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Cayden S. Mathews**
**1410 W. 137th Street**
**Compton, CA 90222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.48 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Charlene Char Margolis**
**25802 Ravine Rd**
**Southfield, MI 48034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.49 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Charles Tate**
**1702 S. Robertson Blvd.**
**Los Angeles, CA 90035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.50 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Chase Mellen**
**1157 S. Beverly Dr.**
**Los Angeles, CA 90035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.51 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Chistopher Mulligan**
**11140 Washington Blvd.**
**Culver City, CA 90232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.52 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Chloe Moll**
**344 Jasmine Street**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.53 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Chris Cote**
**336 36th St., #363**
**Bellingham, WA 98225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Harold L. McQuinn, D.D.S., Inc.**                                      Case number *(if known)* _____
_____
Name

| 3.54 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|------|--------|--------|--------|

**Chris Taylor**
1738 N. Vista St.
Los Angeles, CA 90046

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.55 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Christina Makarem**
11942 Victoria Ave.
Los Angeles, CA 90066

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.56 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Christy Johnson**
5 Serrano Way
Rancho Mirage, CA 92270

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.57 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Cindy Begel**
9205 Hazel Way
Chatsworth, CA 91311

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.58 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Ciprini S. Nugent**
4646 Willis Ave., Unit 102
Sherman Oaks, CA 91403

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.59 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Clara Campbell**
12901 Admiral Ave.
Los Angeles, CA 90066

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.60 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Claudia Hernandez**
43445 Tali Street
Lancaster, CA 93535

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Harold L. McQuinn, D.D.S., Inc.** | Case number (if known) | |
|--------|-------------------------------------|------------------------|---|
| | Name | | |

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Clifford Miller**
8754 Darrington Ave.
Los Angeles, CA 90048

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Cody Gomberg**
1441 Clay Street, #6
San Francisco, CA 94109

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Connie Orr**
10543 Northvale Rd.
Los Angeles, CA 90064

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Connor McCoy**
153 Naomi Ave.
Pismo Beach, CA 93449

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Consuelo Connie Orona**
P.O. Box 2754
Blue Jay, CA 92317

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Corvin Phenix**
11419 Braddock Dr.
Culver City, CA 90230

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Curtis Ro**
447 Laguna Rd.
Pasadena, CA 91105

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.68 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Cynthia Wheelon**
5480 Downey Rd.
Gloucester, Ontario, Canada K1X1C8

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.69 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Dan Fernandez**
5705 E. Lanai Street
Long Beach, CA 90808

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.70 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Dani Rowshanshad**
9023 Alcott St. #301
Los Angeles, CA 90035

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.71 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Daniel Chapman**
4174 Jackson Ave.
Culver City, CA 90232

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.72 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Daniel Fienberg**
2861 S. Anchor Ave
Los Angeles, CA 90064

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.73 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Daniel O'Connell**
4741 Aqueduct Ave.
Encino, CA 91436

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.74 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Daren E. Lorenz**
26500 W. Agoura Rd., #721
Calabasas, CA 91302

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Harold L. McQuinn, D.D.S., Inc.** | | Case number (if known) | |
| | Name | | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Darin Leverenze** | ■ Contingent | |
| | **26500 W. Augora Rd., #721** | ■ Unliquidated | |
| | **Calabasas, CA 91302** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Darrin Straff** | ■ Contingent | |
| | **1312 North Lincoln St.** | ■ Unliquidated | |
| | **Burbank, CA 91506** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **David Brown** | ■ Contingent | |
| | **4038 W. 59th Pl.** | ■ Unliquidated | |
| | **Los Angeles, CA 90043** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **David Freeman** | ■ Contingent | |
| | **1904 14th St** | ■ Unliquidated | |
| | **Santa Monica, CA 90404** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **David Markarian** | ■ Contingent | |
| | **P.O. Box 2476** | ■ Unliquidated | |
| | **Rancho Mirage, CA 92270** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **David Mumby** | ■ Contingent | |
| | **5913 Etiwanda, #6** | ■ Unliquidated | |
| | **Tarzana, CA 91356** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **David Rowssanshad** | ■ Contingent | |
| | **1454 Reeves St., #1** | ■ Unliquidated | |
| | **Los Angeles, CA 90035** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.82 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Dawn Williams**
108 N. Fith St.
Carolina Beach, NC 28428

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.83 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Deborah Newmyer**
11054 Cashmere St.
Los Angeles, CA 90049

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.84 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Deborah Scro**
11768 Moor Park Ave., Unit B
Studio City, CA 91604

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.85 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Deborah Smith**
2520 23rd St.
Santa Monica, CA 90405

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.86 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Dennis McCarthy**
135 S. Thurston Ave.
Los Angeles, CA 90049

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.87 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Dennis Miles**
7422 6th ave.
Los Angeles, CA 90043

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.88 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Diane Warren**
6363 Sunset Blvd., 8th Fl.
Los Angeles, CA 90028

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Harold L. McQuinn, D.D.S., Inc.** | Case number (if known) | |
| | Name | | |

---

| 3.89 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| | **Dianne A. Hecht** | ■ Contingent | |
| | **13360 Meadow Wood Lane** | ■ Unliquidated | |
| | **Granada Hills, CA 91344** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.90 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| | **Doreen Fox** | ■ Contingent | |
| | **4511 Star Circle** | ■ Unliquidated | |
| | **Culver City, CA 90230** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.91 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| | **Dura Young** | ■ Contingent | |
| | **7825 4th Street** | ■ Unliquidated | |
| | **Downey, CA 90241** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.92 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| | **Dylan Reziniano** | ■ Contingent | |
| | **1115 First Ave., Apt 7A** | ■ Unliquidated | |
| | **New York, NY 10065** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.93 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| | **Eden Shaliehsaboo** | ■ Contingent | |
| | **9401 Bolton Rd.** | ■ Unliquidated | |
| | **Los Angeles, CA 90034** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.94 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| | **Elaine Sperling** | ■ Contingent | |
| | **873 S. Bundy Dr.** | ■ Unliquidated | |
| | **Los Angeles, CA 90049** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.95 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
| | **Elizabeth Luini** | ■ Contingent | |
| | **10385 Tennessee Ave.** | ■ Unliquidated | |
| | **Los Angeles, CA 90064** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Elizabeth Smith**
**550 W. Regent St., #204**
**Inglewood, CA 90301**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Elizabeth-Liz Kane**
**619 Fir Avenue, Unit B**
**Inglewood, CA 90306**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Elizabeth-Liza Lynn**
**9641 Charleville Blvd.**
**Beverly Hills, CA 90212**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Emma Washburn**
**4806 Turquoise Lake Crt.**
**Colorado Springs, CO 80924**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Eric Cazenave**
**1035 9th Street**
**Santa Monica, CA 90403**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Eric Hirschberger**
**135 Montgomery St., Apt 12H**
**Jersey City, NJ 07302**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Erik Van Rhein**
**3536 Carnation Ave.**
**Los Angeles, CA 90026**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Esther Gardner**
**12575 Snapping Turtle Rd.**
**Apple Valley, CA 92308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Evelyn Barajas**
**9545 Tervadell St.**
**Pico Rivera, CA 90660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Evelyn Grampp**
**212 S. Reeves Dr., #8**
**Beverly Hills, CA 90212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Evelyn Z. Dorshow**
**1025 S. Holt Ave., #308**
**Los Angeles, CA 90035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Fabio Vota**
**1056 S. Genesee #4**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Felicity Sundlun**
**170 W. 81st St.**
**New York, NY 10024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Ferdinand Dizon**
**4462 Maplewood Ave.**
**Los Angeles, CA 90004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.110 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Florence Dizon**
**4462 Maplewood Ave.**
**Los Angeles, CA 90040**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.111 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Francis Cholle**
**7510 S. Sunset Blvd., #199**
**Los Angeles, CA 90046**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Frank Borin**
**14353 Califa Street**
**Van Nuys, CA 91401**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Frank Campis**
**4102 Cathann Street**
**Torrance, CA 90503**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Fred Conkling, Jr.**
**225 Avenue I, Suite 301**
**Redondo Beach, CA 90277**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Frieda Afary**
**11700 Iowa Ave., #301**
**Los Angeles, CA 90025**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Gabriel Ugarte**
**2107 Ocean Ave.**
**Santa Monica, CA 90405**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Harold L. McQuinn, D.D.S., Inc.**

Name                                              Case number *(if known)*

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Gale Hayman-Haseltine**
**795 Fifth Ave, #507**
**New York, NY 10065**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Garrett A. Kolbe**
**5172 Dumont Place**
**Woodland Hills, CA 91364**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Gerald Jerry Friedman**
**P.O. Box 12346**
**Marina Del Rey, CA 90295**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Gila Lapidot**
**39 Sapir Street**
**Caesarea, IS 38900**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Gracie Eglit**
**29341 Castlehill Dr.**
**Agoura Hills, CA 91301**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Grant Hill**
**3859 Franklin Ave.**
**Los Angeles, CA 90027**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Grant Kirkpatrick**
**648 31st St.**
**Manhattan Beach, CA 90266**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.124** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**Greg Melnyk**
**540 San Vicente Blvd., Unit 15**
**Santa Monica, CA 90402**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**Gregory B. Gershuni**
**11377 W. Olympic Blvd.**
**Los Angeles, CA 90064**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**Harold Huttas**
**8581 Santa Monica Blvd, #436**
**West Hollywood, CA 90069**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**Herbie Inglove**
**24347 La Montura Dr**
**Valencia, CA 91354**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**Homa Zaghi**
**2213 Glendon Ave.**
**Los Angeles, CA 90064**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**Howard Corman**
**4771 Corbin Ave.**
**Tarzana, CA 91356**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

**Irena Ousiannikov**
**1115 First Ave., Apt. 7A**
**New York, NY 10065**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | | | |
|---|---|---|---|
| 3.131 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
| | **Irma Derrick** | ■ Contingent | |
| | **742 N. Harvard Blvd.** | ■ Unliquidated | |
| | **Los Angeles, CA 90029** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.132 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
| | **Ivanna Borin** | ■ Contingent | |
| | **14353 Califa Street** | ■ Unliquidated | |
| | **Van Nuys, CA 91401** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.133 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
| | **Jack Cucci** | ■ Contingent | |
| | **4252 Camellia Ave.** | ■ Unliquidated | |
| | **Studio City, CA 91604** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.134 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
| | **Jack Greene** | ■ Contingent | |
| | **219 Sherman Canal** | ■ Unliquidated | |
| | **Venice, CA 90291** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.135 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
| | **Jackie Traynor** | ■ Contingent | |
| | **5009 Alhama Dr.** | ■ Unliquidated | |
| | **Woodland Hills, CA 91364** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.136 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
| | **Jacqueline Acker** | ■ Contingent | |
| | **18734 Bechard Place** | ■ Unliquidated | |
| | **Cerritos, CA 90703** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| | | | |
|---|---|---|---|
| 3.137 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1.00** |
| | **Jaisalexis Tollette** | ■ Contingent | |
| | **1400 Brockton Ave., Apt 8** | ■ Unliquidated | |
| | **Los Angeles, CA 90025** | ■ Disputed | |
| | Date(s) debt was incurred _ | | |
| | Last 4 digits of account number _ | Basis for the claim: _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Harold L. McQuinn, D.D.S., Inc. | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**James Jim Meyers**
**1923 Rocky Dells Drive**
**Prescott, AZ 86303**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**James McCue**
**16024 Acre Street**
**North Hills, CA 91343**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**James Mitchell**
**4106 9th Ave.**
**Los Angeles, CA 90008**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**James Newmyer**
**11054 Cashmere St.**
**Los Angeles, CA 90049**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**James Wesley**
**4311 7th St.**
**Los Angeles, CA 90008**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Jaylene Ovando**
**10531 Shoup Ave.**
**Pacoima, CA 91331**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Jean Crupper**
**2430 12th Ave.**
**Los Angeles, CA 90018**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.145** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Jeanne Gutwirth**
**1420 South Rexford Drive, #12**
**Los Angeles, CA 90035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Jeff R. Bertwell**
**4045 Lyceum Ave**
**Los Angeles, CA 90066**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Jeff Vance**
**8285 Sunset Blvd., Suite 8**
**Los Angeles, CA 90046**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Jeffrey Ptak**
**4358 Mammoth Ave., Unit 3**
**Sherman Oaks, CA 91423**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Jeffrey Seltzer**
**4515 Encino Ave.**
**Encino, CA 91316**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Jeffrey Werner**
**4910 1/4 McConnell Ave.**
**Los Angeles, CA 90066**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

**Jeiran Gholian**
**9742 Alcott Street**
**Los Angeles, CA 90035**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Harold L. McQuinn, D.D.S., Inc.**
_____
Name                                                          Case number (if known) _____

| | | |
|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $1.00 |

3.152 **Nonpriority creditor's name and mailing address**

**Jeirna Golian**
**9748 Alcott St**
**Los Angeles, CA 90035**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                $1.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.153 **Nonpriority creditor's name and mailing address**

**Jerome Butler**
**320 E. 42nd Street, #1709**
**New York, NY 10017**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                $1.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.154 **Nonpriority creditor's name and mailing address**

**Jerome Jerry Fox**
**4511 Star Circle**
**Culver City, CA 90230**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                $1.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.155 **Nonpriority creditor's name and mailing address**

**Jessica Moreno**
**18312 Collins Street Apt. 110**
**Tarzana, CA 91356**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                $1.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.156 **Nonpriority creditor's name and mailing address**

**Jill Ackles**
**2336 Meadow Valley Terrace**
**Los Angeles, CA 90039**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                $1.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.157 **Nonpriority creditor's name and mailing address**

**Joamme Warfield**
**2035 Glyndon Ave.**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                $1.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

3.158 **Nonpriority creditor's name and mailing address**

**Joel Johnson**
**5 Serrano Way**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred _

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                $1.00

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.159 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Joey Luango**<br>**20359 Anza Ave, Apt 10**<br>**Torrance, CA 90205** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.160 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **John Adrain**<br>**6136 Frisco Square Blvd., #400**<br>**Frisco, TX 75034** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.161 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **John Bamberger**<br>**12320 Montana Ave.**<br>**Los Angeles, CA 90049** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.162 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **John Frederick Hall**<br>**11970 Walnut Lane, Unit 201**<br>**Los Angeles, CA 90025** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.163 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Jorge Rivero**<br>**8661 Hollywood Blvd.**<br>**West Hollywood, CA 90069** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.164 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Joseph Cucci**<br>**4252 Camellia Ave.**<br>**Studio City, CA 91604** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.165 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $1.00 |
|---|---|---|---|
| | **Joseph Ferrer-Mostad**<br>**5437 Fidler Ave.**<br>**Lakewood, CA 90712** | ■ Contingent<br>■ Unliquidated<br>■ Disputed | |
| | Date(s) debt was incurred _<br>Last 4 digits of account number _ | **Basis for the claim:** _ | |
| | | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.166** Nonpriority creditor's name and mailing address

Josephine Glass
3836 Broadlawn Dr
Los Angeles, CA 90068

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.167** Nonpriority creditor's name and mailing address

Joy Lesser
4361 Chase Ave.
Los Angeles, CA 90066

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.168** Nonpriority creditor's name and mailing address

Judith Fanucchi
2302 Edingal Drive
Bakersfield, CA 93311

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.169** Nonpriority creditor's name and mailing address

Judith Sacks
1233 S. Amherst Ave.
Los Angeles, CA 90025

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.170** Nonpriority creditor's name and mailing address

Judy Swartz
705 Huntley Dr.
West Hollywood, CA 90069

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.171** Nonpriority creditor's name and mailing address

Judy Young
4804 Orinda Ave.
Los Angeles, CA 90043

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.172** Nonpriority creditor's name and mailing address

Julia Conkling
225 Avenue I, Suite 301
Redondo Beach, CA 90277

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Harold L. McQuinn, D.D.S., Inc.**
_____    Case number (if known) _____
          Name

| 3.173 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Julian Burton**
P.O. Box 2621
Palm Springs, CA 92263

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Julianna Nemeth**
737 Longfellow Ave.
Hermosa Beach, CA 90254

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Julie Burleigh**
2651 S. Raymond Ave.
Los Angeles, CA 90007

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Julie Leeds**
11217 Homedale Street
Los Angeles, CA 90049

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Julie Wolfe**
11419 Braddock Dr.
Culver City, CA 90230

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Julieann Getman**
4111 Madison Ave.
Culver City, CA 90232

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Justin Connor**
5419 Hollywood Blvd., Suite C, #252
Redondo Beach, CA 90277

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Harold L. McQuinn, D.D.S., Inc.**
Name

Case number (if known) _____

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Karen Blythe-Stern**
**1417 Oak Street**
**Santa Monica, CA 90405**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Karen Knotts**
**6636 Clybourn Ave., #48**
**North Hollywood, CA 91606**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Karen Krasney-McCarthy**
**135 S. Thurston Ave.**
**Los Angeles, CA 90049**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Karie Prescott**
**1271 Upton Pl.**
**Los Angeles, CA 90041**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Karin De La Pena**
**70A Greenwich Ave., #113**
**New York, NY 10011**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Katherine Pilot**
**531 Pier Ave., #27**
**Hermosa Beach, CA 90254**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Kathleen Chiff**
**14231 NE 82nd Street**
**Redmond, WA 98052**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Harold L. McQuinn, D.D.S., Inc.**
_____
Name    Case number *(if known)* _____

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Kathryn McTighe**
**1185 La Subida Court**
**Riverside, CA 92507**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Katja Cahill**
**842 N. Crescent Heights**
**Los Angeles, CA 90046**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Kaylyn Kramer**
**1502 S. Bedford St., #1**
**Los Angeles, CA 90035**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Kelly Lange**
**3600 Coldwater Canyon Ave.**
**Studio City, CA 91604**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Kelsey K. Ro**
**447 Laguna Rd.**
**Pasadena, CA 91105**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Kenneth Krouse**
**170 S. Parkview Ave.**
**Columbus, OH 43279**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Kent Morimoto**
**16012 Acre St.**
**Woodland Hills, CA 91367**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Kessandra Stahl**
**309 E. Surfside Dr.**
**Port Hueneme, CA 93041**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Khosrow Pakravan**
**10531 Shoup Ave.**
**Pacoima, CA 91331**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Kim Lange**
**4284 Kraft Ave.**
**Studio City, CA 91604**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Kimberly Fletcher**
**2731 Rinconia Dr.**
**Los Angeles, CA 90068**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Kimmia DiGluro**
**1410 W. 137 St**
**Compton, CA 90222**

- ■ Contingent
- ■ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Kwabena Haffar**
**4653 Miland Drive**
**Los Angeles, CA 90043**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Kyla Siao**
**1672 West Blvd.**
**Los Angeles, CA 90019**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.201**

Nonpriority creditor's name and mailing address

Lara Porzak
800 Hampton Dr., Suite C
Venice, CA 90291

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.202**

Nonpriority creditor's name and mailing address

Larry Dias
8912 Wonderland Park Ave.
Los Angeles, CA 90046

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.203**

Nonpriority creditor's name and mailing address

Larry McLinden
4411 Morrow Dr
Woodland Hills, CA 91364

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.204**

Nonpriority creditor's name and mailing address

Laurie Turner
1316 Barry Ave., #6
Los Angeles, CA 90025

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.205**

Nonpriority creditor's name and mailing address

Lee Wasserwald
1255 10th St., Unit 201
Santa Monica, CA 90401

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.206**

Nonpriority creditor's name and mailing address

Lena Afary
1422 S. Bentley Ave., Apt. 302
Los Angeles, CA 90025

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

**3.207**

Nonpriority creditor's name and mailing address

Lenore Rose
224 S. Gale Dr.
Beverly Hills, CA 90211

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

$1.00

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

Debtor    **Harold L. McQuinn, D.D.S., Inc.**
_____
Name

Case number *(if known)* _____

---

| 3.208 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Leslie Wiener**
**P.O. Box 1871**
**Sonoma, CA 95476**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Liora Hirschberger**
**135 Montgomery St., Apt 8D**
**Jersey City, NJ 07302**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Lisa McIntosh**
**12309 Chessington St.**
**Bakersfield, CA 93311**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Lisa Russo**
**4145 Via Marina, Apt. 201**
**Marina Del Rey, CA 90292**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Lorena Ballesteros-Villa**
**4114 Soto Ave.**
**Riverside, CA 92509**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Lori Rabin**
**17204 Palisades Circle**
**Pacific Palisades, CA 90272**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Louise Morris**
**3500 W. 75th Place**
**Inglewood, CA 90305**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com          Best Case Bankruptcy

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.215 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Lulu McAlister**
P.O. Box 146
Rancho Santa Fe, CA 92067

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.216 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Lynn Kipnis**
3555 Keystone Ave., #202
Los Angeles, CA 90034

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.217 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Madeleine F. Mindling**
3211 W. Alameda Ave., Apt. A
Burbank, CA 91505

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.218 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Mahnaz Shaliehsaboo**
1454 Reeves St., #1
Los Angeles, CA 90035

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.219 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Mahsa Afrasiabi**
11625 Montana Ave., #124
Los Angeles, CA 90049

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.220 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Malin Bohman**
1608 Brockton, #6
Los Angeles, CA 90025

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| 3.221 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Manochr Rowshanshad**
1454 Reeves St., #1
Los Angeles, CA 90035

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Marc Burkow**
4205 Raintree Circle
Culver City, CA 90230

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Marc Pakravan**
10421 Wyton Dr.
Los Angeles, CA 90024

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Margaret E. Washburn**
146 S. Clark Dr., #201
Los Angeles, CA 90048

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Margaret Lew**
3726 Mario Place
San Diego, CA 92111

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Margot Bamberger**
500 N. Bristol Ave.
Los Angeles, CA 90049

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Maria E. Hernandez**
18312 Collins St., #110
Tarzana, CA 91356

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Maria Hernandez**
6022 Pomegranate Ln
Woodland Hills, CA 91367

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.229** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

Maria Ordones
2416 Bellevue Ave., #316
Los Angeles, CA 90026

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

Maria Tanner
1078 Miamonte Dr., #4
Santa Barbara, CA 93109

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

Mariane Wiggins
800 Hampton Drive, #C
Venice, CA 90291

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

Marie Hersberg
455 N. Formosa
Los Angeles, CA 90036

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

Marilyn Rothman
15961 High Knoll Rd.
Encino, CA 91436

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

Marina Fox
200 Carriage Place
Manhattan Beach, CA 90266

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00

Marisa Wax
16828 Weddington St.
Encino, CA 91436

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Harold L. McQuinn, D.D.S., Inc.**                                    Case number (if known) _____
_____Name_____

| 3.236 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Marissa Mindling**
**13928 Tahiti Way, #133**
**Marina Del Rey, CA 90292**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Marla Gibbs**
**3500 Manchester Blvd., #267**
**Inglewood, CA 90305**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Marta Betancourt**
**9845 Wornom Ave.**
**Sunland, CA 91040**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Mary "Bisc" Deenihan**
**10332 Steven Pl.**
**Pacoima, CA 91331-1000**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Mary Anne Chern**
**1210 Avenida Buena Suerte**
**San Clemente, CA 92672**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Mary Anne Hall**
**11970 Walnut Lane #201**
**Los Angeles, CA 90025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Masako Valentine**
**628 Fifth Ave.**
**Los Angeles, CA 90049**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.243 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Mason Moll**
**344 Jasmine Street**
**Laguna Beach, CA 92651**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.244 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Matan Shaliasaboo**
**9401 Bolton Rd.**
**Los Angeles, CA 90034**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.245 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Matthew Fisher**
**35 24th Ave.**
**Venice, CA 90291**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.246 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Mauricio Moreno**
**6022 Pomegranate Lane**
**Woodland Hills, CA 91367**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.247 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Megan Lennon**
**1314 14th Street, Apt. 104**
**Santa Monica, CA 90404**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Melanie Paykos**
**3209 Lowry Rd.**
**Los Angeles, CA 90027**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.249 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Michael Dowell**
**180 S. Madison Ave., #6**
**Pasadena, CA 91101**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim: __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.250 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Micheal Sohigian**
**1362 Marinette Rd.**
**Pacific Palisades, CA 90272**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Mike Guttman**
**109 N. Screen Land Drive, #B**
**Burbank, CA 91501**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Mike Shapiro**
**20528 Ventura Blvd., #301**
**Woodland Hills, CA 91364**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Millie Lane**
**455 N. Orange Grove**
**Los Angeles, CA 90036**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Minako Kudo**
**1924 S. Barrington Ave., #1**
**Los Angeles, CA 90025**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Minoo Shaliehsaboo**
**9401 Bolton Rd.**
**Los Angeles, CA 90035**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Minoo Shaliehsaboo**
**9748 Alcott St.**
**Los Angeles, CA 90035**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Harold L. McQuinn, D.D.S., Inc.** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Mohtaram Joseph**
**10432 Eastborne Ave., #202**
**Los Angeles, CA 90024**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Moshe Hershberg**
**455 N. Formosa Ave.**
**Los Angeles, CA 90036**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Muriel Gund**
**302 East Carson, Suite 508**
**Las Vegas, NV 89101**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Nadia Pakravan**
**10421 Wyton Dr.**
**Los Angeles, CA 90024**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Nancy Dominguez**
**2482 Colby Ave.**
**Los Angeles, CA 90064**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Naomi Z. Feldman**
**132 S. Maple Drive**
**Beverly Hills, CA 90212**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Nas Cohen**
**3521 Caribeth Drive**
**Encino, CA 91436**

■ Contingent
■ Unliquidated
■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.264** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

Nathan Sperling
873 S. Bundy Dr.
Los Angeles, CA 90049

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

Nicholas Johnson
5 Serrano Way
Rancho Mirage, CA 92270

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

Nick S. Cannon
15821 Ventura Blvd., Suite 525
Encino, CA 91436

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

Nicolas Baron
15321 De Pauw St.
Pacific Palisades, CA 90272

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

Nicole Perrinelle
1010 N. Kings Rd.
West Hollywood, CA 90069

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

Nora Orozco
3052 W. 12th St.
Los Angeles, CA 90006

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1.00**

Norina Del Rosario
1200 S. Shenandoah St. #301
Los Angeles, CA 90035

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Basis for the claim: _

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.271 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Norman Lachman**
862 N. Kenter Ave.
Los Angeles, CA 90049

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.272 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Orli Tabibi**
817 Whittier Dr.
Beverly Hills, CA 90210

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.273 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Pamela Braverman**
10560 Santa Monica Blvd., #106
Los Angeles, CA 90025

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.274 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Pamela Kaplan**
311 Keller St
Petaluma, CA 94952

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.275 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Patti Zuckerman**
3260 Colby Ave.
Los Angeles, CA 90066

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.276 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Pattrick Hatorri**
5728 Stonecrest Drive
Agoura Hills, CA 91301

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.277 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Penny Hutchens**
12610 Casswell Ave., #2
Los Angeles, CA 90066

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.278 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Philip Morton**
**1168 N. Doheny Dr.**
**West Hollywood, CA 90069**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**R. Shannon Banks**
**10993 Bluffside Dr**
**Studio City, CA 91604**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Ralph Alex Gerstemzang**
**705 Huntley Dr.**
**West Hollywood, CA 90069**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Randy Zuckerman**
**3260 Colby Ave.**
**Los Angeles, CA 90066**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Raphael Jourdan**
**22357 Welby Way**
**Canoga Park, CA 91303**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.283 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Reena Liebling**
**751 1/2 Tularosa Dr**
**Los Angeles, CA 90026**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.284 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Renee Levien**
**1225 Armacost Ave., #301**
**Los Angeles, CA 90025**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Renee Sperling**
9566 Tullis Rd.
Beverly Hills, CA 90210

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Richard Ayles**
1238 S. Hayworth Ave.
Los Angeles, CA 90035

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Robert Aruj**
2566 Roscomare Road
Los Angeles, CA 90077

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Robert J. Solomon**
13222 Capstone Dr.
San Diego, CA 92130

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Robert Weaver**
1437 24th St.
Santa Monica, CA 90404

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Roberto Aldape**
1693 Wildwood Drive
Los Angeles, CA 90041

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Ronald Weiss**
458 21st St.
Santa Monica, CA 90402

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _
Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Harold L. McQuinn, D.D.S., Inc.**

Name                                                                  Case number (if known)

| | |
|---|---|
| 3.292 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1.00 |
| **Rose Segura** | |
| **11238 Pine Ave.** | ■ Contingent |
| **Lynwood, CA 90262** | ■ Unliquidated |
| | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: _ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.293 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1.00 |
| **Rose Segura** | |
| **11238 Pine Ave.** | ■ Contingent |
| **Lynwood, CA 90262** | ■ Unliquidated |
| | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: _ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.294 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1.00 |
| **Rosemarie Keene** | |
| **1012 Carol Dr., Apt. 2** | ■ Contingent |
| **West Hollywood, CA 90069** | ■ Unliquidated |
| | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: _ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.295 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1.00 |
| **Ruby R. Fernandez** | |
| **P.O. Box 2183** | ■ Contingent |
| **El Segundo, CA 90245** | ■ Unliquidated |
| | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: _ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.296 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1.00 |
| **Ruby R. Fernandez** | |
| **P.O. Box 2183** | ■ Contingent |
| **El Segundo, CA 90245** | ■ Unliquidated |
| | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: _ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.297 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1.00 |
| **Ruth Genah** | |
| **18601 Collins St. #D35** | ■ Contingent |
| **Tarzana, CA 91356** | ■ Unliquidated |
| | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: _ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.298 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $1.00 |
| **Ryan Joshua** | |
| **26425 Brooks Circle** | ■ Contingent |
| **Stevenson Ranch, CA 91381** | ■ Unliquidated |
| | ■ Disputed |
| Date(s) debt was incurred _ | |
| Last 4 digits of account number _ | Basis for the claim: _ |
| | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sandra Vianna**
**1527 Venice Blvd.**
**Venice, CA 90291**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sandy Mulligan**
**58 Tantumorantum Rd**
**Old Lyme, CT 06371**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sasha Nickman**
**1034 Pine St.**
**Santa Monica, CA 90405**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Savanna Mandel**
**1119 Broadway, Apt. H**
**Santa Monica, CA 90401**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Savannah Jourdan**
**22357 Welby Way**
**Canoga Park, CA 91303**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Scott Freeman**
**1904 14th Street**
**Santa Monica, CA 90404**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sean McCarthy**
**135 S. Thurston Ave.**
**Los Angeles, CA 90049**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☐ No ☐ Yes

---

| Debtor | **Harold L. McQuinn, D.D.S., Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.306 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sebastian Teitel**
**953 S. Longwood Ave.**
**Los Angeles, CA 90019**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.307 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Shana Johnson**
**5 Serrano Way**
**Rancho Mirage, CA 92270**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.308 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sharon Joseph**
**10432 Eastborne Ave., #202**
**Los Angeles, CA 90024**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.309 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Shawki Haffar**
**4653 Mioland Dr**
**Los Angeles, CA 90043**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.310 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Shayna Leeds**
**11217 Homedale Street**
**Los Angeles, CA 90049**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.311 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sher Merchant**
**265 El Cameno Drive**
**Beverly Hills, CA 90212**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.312 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Shirley Chasin**
**4507 Carpenter Ave.**
**Valley Village, CA 91607**

☑ Contingent
☑ Unliquidated
☑ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ☑ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.313 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Shirley Woods**
4106 9th Ave.
Los Angeles, CA 90008

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.314 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Slham Shaliehsaboo**
9401 Bolton Rd.
Los Angeles, CA 90034

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.315 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Sofi Newmyer**
11054 Cashmere St.
Los Angeles, CA 90049

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.316 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Sonaleena Hargrove**
3858 West 242nd St, Apt. B
Torrance, CA 90505

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.317 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Spencer Gibbs**
2544 Wingfield Rd
Calabasas, CA 91302

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.318 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Stefanie Sixtos**
9961 Lurline Ave., #204
Chatsworth, CA 91311

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Stephanie Jourdan**
22357 Welby Way
Canoga Park, CA 91303

Date(s) debt was incurred __

Last 4 digits of account number __

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.320 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sterling Snyder**
**1480 Sooth Canfield Ave.**
**Los Angeles, CA 90035**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Steve Bernston**
**284 Royal Linda Drive**
**Goleta, CA 93117**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Sue Suze McClellan**
**P.O. Box 20059**
**Santa Barbara, CA 93120**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Susan Hardin**
**19222 Arminita St**
**Reseda, CA 91335**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Susan Hilderley**
**509 28th Ave**
**Venice, CA 90291**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Susanne Bennett**
**16656 Calle Jermaine**
**Pacific Palisades, CA 90272**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Suzanne-Susie Ansilio**
**8180 Monitoba Street, #107**
**Playa Del Rey, CA 90293**

Date(s) debt was incurred _

Last 4 digits of account number _

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com    Best Case Bankruptcy

| Debtor | Harold L. McQuinn, D.D.S., Inc. | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.327 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Sydney Curtis**
**450 N. Sycamore Ave., Apt. 10**
**Los Angeles, CA 90036**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Tamurlaine Adams**
**10153 1/2 Riverside Drive, #634**
**North Hollywood, CA 91602**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Tara Love**
**311 N. Robertson Blvd., #560**
**Beverly Hills, CA 90211**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Tash Moseley**
**5351 Village Green**
**Los Angeles, CA 90016**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.331 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Teotista Q. Stanton**
**1672 West Blvd.**
**Los Angeles, CA 90019**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.332 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Teri Tunder**
**7218 Hillside Ave., #103**
**Los Angeles, CA 90046**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.333 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $1.00 |
|---|---|---|---|

**Terry Lawton**
**9840 Yoakum Drive**
**Beverly Hills, CA 90210**

■ Contingent
■ Unliquidated
■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com      Best Case Bankruptcy

Debtor    **Harold L. McQuinn, D.D.S., Inc.**                                Case number *(if known)* _____
_____
Name

| 3.334 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Theodore Solomon**
**7737 E. Camelbach Rd., #139**
**Scottsdale, AZ 85251**

☐ Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.335 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Thomas Robins**
**17416 Revello Dr.**
**Pasadena, CA 91105**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.336 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Thu Krenz**
**4628 Eagle Rock Blvd., #5**
**Los Angeles, CA 90041**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.337 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Tiffany Vojdani**
**1260 Holmy Ave.**
**Los Angeles, CA 90024**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.338 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Tim Yarger**
**1027 Aconto Place**
**Los Angeles, CA 90049**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.339 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Tomie Abe**
**4006 Sunridge Road**
**Pebble Beach, CA 93953**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Tomoko Saito**
**9547 Maples Dr.**
**Cypress, CA 90630**

Date(s) debt was incurred _

Last 4 digits of account number _

■ Contingent
■ Unliquidated
■ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Harold L. McQuinn, D.D.S., Inc.**                              Case number (if known)  _____
             Name

| 3.341 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Tondy Greenberg**
**842 N. Crecent Heights**
**Los Angeles, CA 90046**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.342 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Tracy Curry**
**1635 N. Cahuenga Blvd.**
**Los Angeles, CA 90028**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.343 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Tracy Sundlun**
**10942 Hillcreek**
**Santee, CA 92071**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.344 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Tritia Miyake Toyota**
**2444 Wilshire Blvd., #504**
**Santa Monica, CA 90403**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.345 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Vernetta Jenkins**
**1302 S. Genesse Ave**
**Los Angeles, CA 90019**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.346 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Veronica Salcedo**
**13965 Lemoli Ave.**
**Hawthorne, CA 90250**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.347 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $1.00 |

**Viviana Torres**
**5500 Newcastle Ave., #53**
**Encino, CA 91316**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset? ■ No  ☐ Yes

---

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                              Best Case Bankruptcy

Debtor    **Harold L. McQuinn, D.D.S., Inc.**                              Case number *(if known)* _____
     Name

| 3.348 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Wayne Rice**
**1007 Maybrook Drive**
**Beverly Hills, CA 90210**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.349 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Wendy Silvers**
**4174 Le Bourget Ave.**
**Culver City, CA 90232**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.350 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Will Wright**
**8565 Holloway Dr., Apt. 2**
**West Hollywood, CA 90069**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.351 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Yasmine Hanane**
**7111 Santa Monica Blvd., #636**
**Los Angeles, CA 90046**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.352 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Young Kim**
**13600 Marin Pointe Dr.**
**Marina Del Rey, CA 90292**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.353 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Yukiko "Yuki" Chapman**
**4174 Jackson Ave.**
**Culver City, CA 90232**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| 3.354 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |
|---|---|---|---|

**Yvette Monteilh**
**7308 9th Ave.**
**Los Angeles, CA 90043**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number** _

**Basis for the claim:** _

Is the claim subject to offset?  ■ No   ☐ Yes

---

| Debtor | **Harold L. McQuinn, D.D.S., Inc.** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.355 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $1.00 |

**Yvonee Hanratty**
**13153 Ortley Place**
**Van Nuys, CA 91401**

- ■ Contingent
- ■ Unliquidated
- ■ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

**Basis for the claim:** _

Is the claim subject to offset? ■ No ☐ Yes

---

| **Part 3:** | **List Others to Be Notified About Unsecured Claims** |

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

---

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

| | | | Total of claim amounts |
|---|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ | 0.00 |
| **5b. Total claims from Part 2** | 5b. + | $ | 355.00 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ | 355.00 |

**Fill in this information to identify the case:**

Debtor name __**Harold L. McQuinn, D.D.S., Inc.**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

## Official Form 206G

## Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   - ☑ No. Check this box and file this form with the debtor's other schedules.  There is nothing else to report on this form.
   - ☐ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal*    *Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|
| **2.1** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.2** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.3** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |
| **2.4** State what the contract or lease is for and the nature of the debtor's interest<br><br>State the term remaining<br><br>List the contract number of any government contract | |

Software Copyright (c) 1996-2020 Best Case, LLC - www.bestcase.com                Best Case Bankruptcy

Adam Fast
470 Daniels Drive
Beverly Hills CA 90212


Adam Glass
3836 Broadlawn Drive
Los Angeles CA 90068


Akiko Onaka
540 San Vicente Blvd., #15
Santa Monica CA 90402


Alan Baron
29711 Harvester Rd.
Malibu CA 90265


Alana Johnson
5 SerranoWay
Rancho Mirage CA 92270


Alba M. Gonzalez
12340 Rochester Ave., #223
Los Angeles CA 90025


Albert J. Ovanda
18408 Haterras St., #56
Tarzana CA 91356


Alec Stern
1417 Oak Street
Santa Monica CA 90405

Alex Salcedo
13965 Lemoli Ave.
Hawthorne CA 90250


Alexandra Perrinelle
1010 N. Kings Rd.
West Hollywood CA 90069


Alfre Woodward
602 Bay Street
Santa Monica CA 90405


Alfred Scott Miller
700 East Union
Pasadena CA 91101


Allan Wallach
3321 S. Canfield #3
Los Angeles CA 90034


Allen Hershberg
455 N. Formosa
Los Angeles CA 90036


Allen R. Hecht
13360 Meadow Wood Lane
Granada Hills CA 91344


Alyssa Barzideh
2 Bay Club Drive, #19Y
Bayside NY 11360

Ami Lapidot
39 Sapir Street
Caesarea IS 38900


Ana Bermudez
11810 Thorson Ave.
Lynwood CA 90262


Ana Solomon
13222 Capstone Drive
San Diego CA 92130


Ana Volodarakaya
7737 E. Camelbach Rd. #139
Scottsdale AZ 85251


Andrew Hwang
7 Chadbourne Ct
Newport Beach CA 92660


Andrew Segura
11238 Pine Ave.
Lynwood CA 90262


Angie Everhart
4444 Cedros Ave.
Sherman Oaks CA 91403


Anne Aber
525 Lorraine Blvd.
Los Angeles CA 90020

Arax Harutunian
15303 Ventura Blvd., Suite 250
Sherman Oaks CA 91403


Arnold Mills
1507 Lindacrest
Beverly Hills CA 90210


Ashley Mun
27257 Riverview Lane
Valencia CA 91354


Ava Nickman
1034 Pine St.
Santa Monica CA 90405


Barab Lee
1501 Lindacrest Dr
Beverly Hills CA 90210


Barbara Kruger
2525 Deerborn Drive
Los Angeles CA 90068


Benjiman Barzideh
2 Bay Club Drive, #19Y
Bayside NY 11360


Betty Rivero
8661 Hollywood Blvd.
West Hollywood CA 90069

Biko Haffar
8306 Wilshore Blvd.
Beverly Hills CA 90211


Bobbi Wax
16828 Weddington St.
Encino CA 91436


Brian Moreno
8641 Edwin Drive
Los Angeles CA 90046


Bronwyn Preston
3859 Franklin Ave.
Los Angeles CA 90027


Bruce Davis
1557 N. Orange Grove
Los Angeles CA 90046


Bryan Nichols
5540 W. 62nd St.
Los Angeles CA 90056


Cameron Hamza
1527 Venice Blvd.
Venice CA 90291


Carl Hulick
5363 Paseo Caliente
Yorba Linda CA 92887

Carlo Marcucci
10543 Northvale Rd.
Los Angeles CA 90064


Carlo Tabibi
817 Whittier Dr.
Beverly Hills CA 90210


Carmelo Ali
1124 S. Point View
Los Angeles CA 90035


Carol Alexander
3756 Stewart Ave.
Los Angeles CA 90066


Carole Fernandez
5705 E. Lanai Street
Long Beach CA 90808


Caron Schwartz-Venckus
738 Holmby Ave.
Los Angeles CA 90024


Cayden S. Mathews
1410 W. 137th Street
Compton CA 90222


Charlene Char Margolis
25802 Ravine Rd
Southfield MI 48034

Charles Tate
1702 S. Robertson Blvd.
Los Angeles CA 90035


Chase Mellen
1157 S. Beverly Dr.
Los Angeles CA 90035


Chistopher Mulligan
11140 Washington Blvd.
Culver City CA 90232


Chloe Moll
344 Jasmine Street
Laguna Beach CA 92651


Chris Cote
336 36th St., #363
Bellingham WA 98225


Chris Taylor
1738 N. Vista St.
Los Angeles CA 90046


Christina Makarem
11942 Victoria Ave.
Los Angeles CA 90066


Christy Johnson
5 Serrano Way
Rancho Mirage CA 92270

Cindy Begel
9205 Hazel Way
Chatsworth CA 91311


Ciprini S. Nugent
4646 Willis Ave., Unit 102
Sherman Oaks CA 91403


Clara Campbell
12901 Admiral Ave.
Los Angeles CA 90066


Claudia Hernandez
43445 Tali Street
Lancaster CA 93535


Clifford Miller
8754 Darrington Ave.
Los Angeles CA 90048


Cody Gomberg
1441 Clay Street, #6
San Francisco CA 94109


Connie Orr
10543 Northvale Rd.
Los Angeles CA 90064


Connor McCoy
153 Naomi Ave.
Pismo Beach CA 93449

Consuelo Connie Orona
P.O. Box 2754
Blue Jay CA 92317


Corvin Phenix
11419 Braddock Dr.
Culver City CA 90230


Curtis Ro
447 Laguna Rd.
Pasadena CA 91105


Cynthia Wheelon
5480 Downey Rd.
Gloucester, Ontario, Canada K1X1C8


Dan Fernandez
5705 E. Lanai Street
Long Beach CA 90808


Dani Rowshanshad
9023 Alcott St. #301
Los Angeles CA 90035


Daniel Chapman
4174 Jackson Ave.
Culver City CA 90232


Daniel Fienberg
2861 S. Anchor Ave
Los Angeles CA 90064

Daniel O'Connell
4741 Aqueduct Ave.
Encino CA 91436


Daren E. Lorenz
26500 W. Agoura Rd., #721
Calabasas CA 91302


Darin Leverenze
26500 W. Augora Rd., #721
Calabasas CA 91302


Darrin Straff
1312 North Lincoln St.
Burbank CA 91506


David Brown
4038 W. 59th Pl.
Los Angeles CA 90043


David Freeman
1904 14th St
Santa Monica CA 90404


David Markarian
P.O. Box 2476
Rancho Mirage CA 92270


David Mumby
5913 Etiwanda, #6
Tarzana CA 91356

David Rowssanshad
1454 Reeves St., #1
Los Angeles CA 90035


Dawn Williams
108 S. Fith St.
Carolina Beach NC 28428


Deborah Newmyer
11054 Cashmere St.
Los Angeles CA 90049


Deborah Scro
11768 Moor Park Ave., Unit B
Studio City CA 91604


Deborah Smith
2520 23rd St.
Santa Monica CA 90405


Dennis McCarthy
135 S. Thurston Ave.
Los Angeles CA 90049


Dennis Miles
7422 6th ave.
Los Angeles CA 90043


Diane Warren
6363 Sunset Blvd., 8th Fl.
Los Angeles CA 90028

Dianne A. Hecht
13360 Meadow Wood Lane
Granada Hills CA 91344


Doreen Fox
4511 Star Circle
Culver City CA 90230


Dura Young
7825 4th Street
Downey CA 90241


Dylan Reziniano
1115 First Ave., Apt 7A
New York NY 10065


Eden Shaliehsaboo
9401 Bolton Rd.
Los Angeles CA 90034


Elaine Sperling
873 S. Bundy Dr.
Los Angeles CA 90049


Elizabeth Luini
10385 Tennessee Ave.
Los Angeles CA 90064


Elizabeth Smith
550 W. Regent St., #204
Inglewood CA 90301

Elizabeth-Liz Kane
619 Fir Avenue, Unit B
Inglewood CA 90306


Elizabeth-Liza Lynn
9641 Charleville Blvd.
Beverly Hills CA 90212


Emma Washburn
4806 Turquoise Lake Crt.
Colorado Springs CO 80924


Eric Cazenave
1035 9th Street
Santa Monica CA 90403


Eric Hirschberger
135 Montgomery St., Apt 12H
Jersey City NJ 07302


Erik Van Rhein
3536 Carnation Ave.
Los Angeles CA 90026


Esther Gardner
12575 Snapping Turtle Rd.
Apple Valley CA 92308


Evelyn Barajas
9545 Tervadell St.
Pico Rivera CA 90660

Evelyn Grampp
212 S. Reeves Dr., #8
Beverly Hills CA 90212


Evelyn Z. Dorshow
1025 S. Holt Ave., #308
Los Angeles CA 90035


Fabio Vota
1056 S. Genesee #4
Los Angeles CA 90019


Felicity Sundlun
170 W. 81st St.
New York NY 10024


Ferdinand Dizon
4462 Maplewood Ave.
Los Angeles CA 90004


Florence Dizon
4462 Maplewoood Ave.
Los Angeles CA 90040


Francis Cholle
7510 S. Sunset Blvd., #199
Los Angeles CA 90046


Frank Borin
14353 Califa Street
Van Nuys CA 91401

Frank Campis
4102 Cathann Street
Torrance CA 90503


Fred Conkling, Jr.
225 Avenue I, Suite 301
Redondo Beach CA 90277


Frieda Afary
11700 Iowa Ave., #301
Los Angeles CA 90025


Gabriel Ugarte
2107 Ocean Ave.
Santa Monica CA 90405


Gale Hayman-Haseltine
795 Fifth Ave, #507
New York NY 10065


Garrett A. Kolbe
5172 Dumont Place
Woodland Hills CA 91364


Gerald Jerry Friedman
P.O. Box 12346
Marina Del Rey CA 90295


Gila Lapidot
39 Sapir Street
Caesarea IS 38900

Gracie Eglit
29341 Castlehill Dr.
Agoura Hills CA 91301


Grant Hill
3859 Franklin Ave.
Los Angeles CA 90027


Grant Kirkpatrick
648 31st St.
Manhattan Beach CA 90266


Greg Melnyk
540 San Vicente Blvd., Unit 15
Santa Monica CA 90402


Gregory B. Gershuni
11377 W. Olympic Blvd.
Los Angeles CA 90064


Harold Huttas
8581 Santa Monica Blvd, #436
West Hollywood CA 90069


Herbie Inglove
24347 La Montura Dr
Valencia CA 91354


Homa Zaghi
2213 Glendon Ave.
Los Angeles CA 90064

Howard Corman
4771 Corbin Ave.
Tarzana CA 91356


Irena Ousiannikov
1115 First Ave., Apt. 7A
New York NY 10065


Irma Derrick
742 N. Harvard Blvd.
Los Angeles CA 90029


Ivanna Borin
14353 Califa Street
Van Nuys CA 91401


Jack Cucci
4252 Camellia Ave.
Studio City CA 91604


Jack Greene
219 Sherman Canal
Venice CA 90291


Jackie Traynor
5009 Alhama Dr.
Woodland Hills CA 91364


Jacqueline Acker
18734 Bechard Place
Cerritos CA 90703

Jaisalexis Tollette
1400 Brockton Ave., Apt 8
Los Angeles CA 90025


James Jim Meyers
1923 Rocky Dells Drive
Prescott AZ 86303


James McCue
16024 Acre Street
North Hills CA 91343


James Mitchell
4106 9th Ave.
Los Angeles CA 90008


James Newmyer
11054 Cashmere St.
Los Angeles CA 90049


James Wesley
4311 7th St.
Los Angeles CA 90008


Jaylene Ovando
10531 Shoup Ave.
Pacoima CA 91331


Jean Crupper
2430 12th Ave.
Los Angeles CA 90018

Jeanne Gutwirth
1420 South Rexford Drive, #12
Los Angeles CA 90035


Jeff R. Bertwell
4045 Lyceum Ave
Los Angeles CA 90066


Jeff Vance
8285 Sunset Blvd., Suite 8
Los Angeles CA 90046


Jeffrey Ptak
4358 Mammoth Ave., Unit 3
Sherman Oaks CA 91423


Jeffrey Seltzer
4515 Encino Ave.
Encino CA 91316


Jeffrey Werner
4910 1/4 McConnell Ave.
Los Angeles CA 90066


Jeiran Gholian
9742 Alcott Street
Los Angeles CA 90035


Jeirna Golian
9748 Alcott St
Los Angeles CA 90035

Jerome Butler
320 E. 42nd Street, #1709
New York NY 10017


Jerome Jerry Fox
4511 Star Circle
Culver City CA 90230


Jessica Moreno
18312 Collins Street Apt. 110
Tarzana CA 91356


Jill Ackles
2336 Meadow Valley Terrace
Los Angeles CA 90039


Joamme Warfield
2035 Glyndon Ave.
Venice CA 90291


Joel Johnson
5 Serrano Way
Rancho Mirage CA 92270


Joey Luango
20359 Anza Ave, Apt 10
Torrance CA 90205


John Adrain
6136 Frisco Square Blvd., #400
Frisco TX 75034

John Bamberger
12320 Montana Ave.
Los Angeles CA 90049


John Frederick Hall
11970 Walnut Lane, Unit 201
Los Angeles CA 90025


Jorge Rivero
8661 Hollywood Blvd.
West Hollywood CA 90069


Joseph Cucci
4252 Camellia Ave.
Studio City CA 91604


Joseph Ferrer-Mostad
5437 Fidler Ave.
Lakewood CA 90712


Josephine Glass
3836 Broadlawn Dr
Los Angeles CA 90068


Joy Lesser
4361 Chase Ave.
Los Angeles CA 90066


Judith Fanucchi
2302 Edingal Drive
Bakersfield CA 93311

Judith Sacks
1233 S. Amherst Ave.
Los Angeles CA 90025


Judy Swartz
705 Huntley Dr.
West Hollywood CA 90069


Judy Young
4804 Orinda Ave.
Los Angeles CA 90043


Julia Conkling
225 Avenue I, Suite 301
Redondo Beach CA 90277


Julian Burton
P.O. Box 2621
Palm Springs CA 92263


Julianna Nemeth
737 Longfellow Ave.
Hermosa Beach CA 90254


Julie Burleigh
2651 S. Raymond Ave.
Los Angeles CA 90007


Julie Leeds
11217 Homedale Street
Los Angeles CA 90049

Julie Wolfe
11419 Braddock Dr.
Culver City CA 90230


Julieann Getman
4111 Madison Ave.
Culver City CA 90232


Justin Connor
5419 Hollywood Blvd., Suite C, #252
Redondo Beach CA 90277


Karen Blythe-Stern
1417 Oak Street
Santa Monica CA 90405


Karen Knotts
6636 Clybourn Ave., #48
North Hollywood CA 91606


Karen Krasney-McCarthy
135 S. Thurston Ave.
Los Angeles CA 90049


Karie Prescott
1271 Upton Pl.
Los Angeles CA 90041


Karin De La Pena
70A Greenwich Ave., #113
New York NY 10011

Katherine Pilot
531 Pier Ave., #27
Hermosa Beach CA 90254


Kathleen Chiff
14231 NE 82nd Street
Redmond WA 98052


Kathryn McTighe
1185 La Subida Court
Riverside CA 92507


Katja Cahill
842 N. Crescent Heights
Los Angeles CA 90046


Kaylyn Kramer
1502 S. Bedford St., #1
Los Angeles CA 90035


Kelly Lange
3600 Coldwater Canyon Ave.
Studio City CA 91604


Kelsey K. Ro
447 Laguna Rd.
Pasadena CA 91105


Kenneth Krouse
170 S. Parkview Ave.
Columbus OH 43279

Kent Morimoto
16012 Acre St.
Woodland Hills CA 91367


Kessandra Stahl
309 E. Surfside Dr.
Port Hueneme CA 93041


Khosrow Pakravan
10531 Shoup Ave.
Pacoima CA 91331


Kim Lange
4284 Kraft Ave.
Studio City CA 91604


Kimberly Fletcher
2731 Rinconia Dr.
Los Angeles CA 90068


Kimmia DiGluro
1410 W. 137 St
Compton CA 90222


Kwabena Haffar
4653 Miland Drive
Los Angeles CA 90043


Kyla Siao
1672 West Blvd.
Los Angeles CA 90019

Lara Porzak
800 Hampton Dr., Suite C
Venice CA 90291


Larry Dias
8912 Wonderland Park Ave.
Los Angeles CA 90046


Larry McLinden
4411 Morrow Dr
Woodland Hills CA 91364


Laurie Turner
1316 Barry Ave., #6
Los Angeles CA 90025


Lee Wasserwald
1255 10th St., Unit 201
Santa Monica CA 90401


Lena Afary
1422 S. Bentley Ave., Apt. 302
Los Angeles CA 90025


Lenore Rose
224 S. Gale Dr.
Beverly Hills CA 90211


Leslie Wiener
P.O. Box 1871
Sonoma CA 95476

Liora Hirschberger
135 Montgomery St., Apt 8D
Jersey City NJ 07302


Lisa McIntosh
12309 Chessington St.
Bakersfield CA 93311


Lisa Russo
4145 Via Marina, Apt. 201
Marina Del Rey CA 90292


Lorena Ballesteros-Villa
4114 Soto Ave.
Riverside CA 92509


Lori Rabin
17204 Palisades Circle
Pacific Palisades CA 90272


Louise Morris
3500 W. 75th Place
Inglewood CA 90305


Lulu McAlister
P.O. Box 146
Rancho Santa Fe CA 92067


Lynn Kipnis
3555 Keystone Ave., #202
Los Angeles CA 90034

Madeleine F. Mindling
3211 W. Alameda Ave., Apt. A
Burbank CA 91505


Mahnaz Shaliehsaboo
1454 Reeves St., #1
Los Angeles CA 90035


Mahsa Afrasiabi
11625 Montana Ave., #124
Los Angeles CA 90049


Malin Bohman
1608 Brockton, #6
Los Angeles CA 90025


Manochr Rowshanshad
1454 Reeves St., #1
Los Angeles CA 90035


Marc Burkow
4205 Raintree Circle
Culver City CA 90230


Marc Pakravan
10421 Wyton Dr.
Los Angeles CA 90024


Margaret E. Washburn
146 S. Clark Dr., #201
Los Angeles CA 90048

Margaret Lew
3726 Mario Place
San Diego CA 92111


Margot Bamberger
500 N. Bristol Ave.
Los Angeles CA 90049


Maria E. Hernandez
18312 Collins St., #110
Tarzana CA 91356


Maria Hernandez
6022 Pomegranate Ln
Woodland Hills CA 91367


Maria Ordones
2416 Bellevue Ave., #316
Los Angeles CA 90026


Maria Tanner
1078 Miamonte Dr., #4
Santa Barbara CA 93109


Mariane Wiggins
800 Hampton Drive, #C
Venice CA 90291


Marie Hersberg
455 N. Formosa
Los Angeles CA 90036

Marilyn Rothman
15961 High Knoll Rd.
Encino CA 91436


Marina Fox
200 Carriage Place
Manhattan Beach CA 90266


Marisa Wax
16828 Weddington St.
Encino CA 91436


Marissa Mindling
13928 Tahiti Way, #133
Marina Del Rey CA 90292


Marla Gibbs
3500 Manchester Blvd., #267
Inglewood CA 90305


Marta Betancourt
9845 Wornom Ave.
Sunland CA 91040


Mary  Bisc  Deenihan
10332 Steven Pl.
Pacoima CA 91331-1000


Mary Anne Chern
1210 Avenida Buena Suerte
San Clemente CA 92672

Mary Anne Hall
11970 Walnut Lane #201
Los Angeles CA 90025


Masako Valentine
628 Fifth Ave.
Los Angeles CA 90049


Mason Moll
344 Jasmine Street
Laguna Beach CA 92651


Matan Shaliasaboo
9401 Bolton Rd.
Los Angeles CA 90034


Matthew Fisher
35 24th Ave.
Venice CA 90291


Mauricio Moreno
6022 Pomegranate Lane
Woodland Hills CA 91367


Megan Lennon
1314 14th Street, Apt. 104
Santa Monica CA 90404


Melanie Paykos
3209 Lowry Rd.
Los Angeles CA 90027

Michael Dowell
180 S. Madison Ave., #6
Pasadena CA 91101


Micheal Sohigian
1362 Marinette Rd.
Pacific Palisades CA 90272


Mike Guttman
109 N. Screen Land Drive, #B
Burbank CA 91501


Mike Shapiro
20528 Ventura Blvd., #301
Woodland Hills CA 91364


Millie Lane
455 N. Orange Grove
Los Angeles CA 90036


Minako Kudo
1924 S. Barrington Ave., #1
Los Angeles CA 90025


Minoo Shaliehsaboo
9401 Bolton Rd.
Los Angeles CA 90035


Minoo Shaliehsaboo
9748 Alcott St.
Los Angeles CA 90035

Mohtaram Joseph
10432 Eastborne Ave., #202
Los Angeles CA 90024


Moshe Hershberg
455 N. Formosa Ave.
Los Angeles CA 90036


Muriel Gund
302 East Carson, Suite 508
Las Vegas NV 89101


Nadia Pakravan
10421 Wyton Dr.
Los Angeles CA 90024


Nancy Dominguez
2482 Colby Ave.
Los Angeles CA 90064


Naomi Z. Feldman
132 S. Maple Drive
Beverly Hills CA 90212


Nas Cohen
3521 Caribeth Drive
Encino CA 91436


Nathan Sperling
873 S. Bundy Dr.
Los Angeles CA 90049

Nicholas Johnson
5 Serrano Way
Rancho Mirage CA 92270


Nick S. Cannon
15821 Ventura Blvd., Suite 525
Encino CA 91436


Nicolas Baron
15321 De Pauw St.
Pacific Palisades CA 90272


Nicole Perrinelle
1010 N. Kings Rd.
West Hollywood CA 90069


Nora Orozco
3052 W. 12th St.
Los Angeles CA 90006


Norina Del Rosario
1200 S. Shenandoah St. #301
Los Angeles CA 90035


Norman Lachman
862 N. Kenter Ave.
Los Angeles CA 90049


Orli Tabibi
817 Whittier Dr.
Beverly Hills CA 90210

Pamela Braverman
10560 Santa Monica Blvd., #106
Los Angeles CA 90025


Pamela Kaplan
311 Keller St
Petaluma CA 94952


Patti Zuckerman
3260 Colby Ave.
Los Angeles CA 90066


Pattrick Hatorri
5728 Stonecrest Drive
Agoura Hills CA 91301


Penny Hutchens
12610 Casswell Ave., #2
Los Angeles CA 90066


Philip Morton
1168 N. Doheny Dr.
West Hollywood CA 90069


R. Shannon Banks
10993 Bluffside Dr
Studio City CA 91604


Ralph Alex Gerstemzang
705 Huntley Dr.
West Hollywood CA 90069

Randy Zuckerman
3260 Colby Ave.
Los Angeles CA 90066


Raphael Jourdan
22357 Welby Way
Canoga Park CA 91303


Reena Liebling
751 1/2 Tularosa Dr
Los Angeles CA 90026


Renee Levien
1225 Armacost Ave., #301
Los Angeles CA 90025


Renee Sperling
9566 Tullis Rd.
Beverly Hills CA 90210


Richard Ayles
1238 S. Hayworth Ave.
Los Angeles CA 90035


Robert Aruj
2566 Roscomare Road
Los Angeles CA 90077


Robert J. Solomon
13222 Capstone Dr.
San Diego CA 92130

Robert Weaver
1437 24th St.
Santa Monica CA 90404


Roberto Aldape
1693 Wildwood Drive
Los Angeles CA 90041


Ronald Weiss
458 21st St.
Santa Monica CA 90402


Rose Segura
11238 Pine Ave.
Lynwood CA 90262


Rosemarie Keene
1012 Carol Dr., Apt. 2
West Hollywood CA 90069


Ruby R. Fernandez
P.O. Box 2183
El Segundo CA 90245


Ruth Genah
18601 Collins St. #D35
Tarzana CA 91356


Ryan Joshua
26425 Brooks Circle
Stevenson Ranch CA 91381

Sandra Vianna
1527 Venice Blvd.
Venice CA 90291


Sandy Mulligan
58 Tantumorantum Rd
Old Lyme CT 06371


Sasha Nickman
1034 Pine St.
Santa Monica CA 90405


Savanna Mandel
1119 Broadway, Apt. H
Santa Monica CA 90401


Savannah Jourdan
22357 Welby Way
Canoga Park CA 91303


Scott Freeman
1904 14th Street
Santa Monica CA 90404


Sean McCarthy
135 S. Thurston Ave.
Los Angeles CA 90049


Sebastian Teitel
953 S. Longwood Ave.
Los Angeles CA 90019

Shana Johnson
5 Serrano Way
Rancho Mirage CA 92270


Sharon Joseph
10432 Eastborne Ave., #202
Los Angeles CA 90024


Shawki Haffar
4653 Mioland Dr
Los Angeles CA 90043


Shayna Leeds
11217 Homedale Street
Los Angeles CA 90049


Sher Merchant
265 El Cameno Drive
Beverly Hills CA 90212


Shirley Chasin
4507 Carpenter Ave.
Valley Village CA 91607


Shirley Woods
4106 9th Ave.
Los Angeles CA 90008


Slham Shaliehsaboo
9401 Bolton Rd.
Los Angeles CA 90034

Sofi Newmyer
11054 Cashmere St.
Los Angeles CA 90049


Sonaleena Hargrove
3858 West 242nd St, Apt. B
Torrance CA 90505


Spencer Gibbs
2544 Wingfield Rd
Calabasas CA 91302


Stefanie Sixtos
9961 Lurline Ave., #204
Chatsworth CA 91311


Stephanie Jourdan
22357 Welby Way
Canoga Park CA 91303


Sterling Snyder
1480 Sooth Canfield Ave.
Los Angeles CA 90035


Steve Bernston
284 Royal Linda Drive
Goleta CA 93117


Sue Suze McClellan
P.O. Box 20059
Santa Barbara CA 93120

Susan Hardin
19222 Arminita St
Reseda CA 91335


Susan Hilderley
509 28th Ave
Venice CA 90291


Susanne Bennett
16656 Calle Jermaine
Pacific Palisades CA 90272


Suzanne-Susie Ansilio
8180 Monitoba Street, #107
Playa Del Rey CA 90293


Sydney Curtis
450 N. Sycamore Ave., Apt. 10
Los Angeles CA 90036


Tamurlaine Adams
10153 1/2 Riverside Drive, #634
North Hollywood CA 91602


Tara Love
311 N. Robertson Blvd., #560
Beverly Hills CA 90211


Tash Moseley
5351 Village Green
Los Angeles CA 90016

Teotista Q. Stanton
1672 West Blvd.
Los Angeles CA 90019


Teri Tunder
7218 Hillside Ave., #103
Los Angeles CA 90046


Terry Lawton
9840 Yoakum Drive
Beverly Hills CA 90210


Theodore Solomon
7737 E. Camelbach Rd., #139
Scottsdale AZ 85251


Thomas Robins
17416 Revello Dr.
Pasadena CA 91105


Thu Krenz
4628 Eagle Rock Blvd., #5
Los Angeles CA 90041


Tiffany Vojdani
1260 Holmy Ave.
Los Angeles CA 90024


Tim Yarger
1027 Aconto Place
Los Angeles CA 90049

Tomie Abe
4006 Sunridge Road
Pebble Beach CA 93953


Tomoko Saito
9547 Maples Dr.
Cypress CA 90630


Tondy Greenberg
842 N. Crecent Heights
Los Angeles CA 90046


Tracy Curry
1635 N. Cahuenga Blvd.
Los Angeles CA 90028


Tracy Sundlun
10942 Hillcreek
Santee CA 92071


Tritia Miyake Toyota
2444 Wilshire Blvd., #504
Santa Monica CA 90403


Vernetta Jenkins
1302 S. Genesse Ave
Los Angeles CA 90019


Veronica Salcedo
13965 Lemoli Ave.
Hawthorne CA 90250

Viviana Torres
5500 Newcastle Ave., #53
Encino CA 91316


Wayne Rice
1007 Maybrook Drive
Beverly Hills CA 90210


Wendy Silvers
4174 Le Bourget Ave.
Culver City CA 90232


Will Wright
8565 Holloway Dr., Apt. 2
West Hollywood CA 90069


Yasmine Hanane
7111 Santa Monica Blvd., #636
Los Angeles CA 90046


Young Kim
13600 Marin Pointe Dr.
Marina Del Rey CA 90292


Yukiko  Yuki  Chapman
4174 Jackson Ave.
Culver City CA 90232


Yvette Monteilh
7308 9th Ave.
Los Angeles CA 90043

Yvonee Hanratty
13153 Ortley Place
Van Nuys CA 91401

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:

21257 Hawthorne Blvd., Second Floor, Torrance, CA 90503

A true and correct copy of the foregoing document entitled (*specify*) **SUMMARY OF AMENDED SCHEDULES, MASTER MAILING LIST AND OR STATEMENTS** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**:  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 15, 2020**  I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **James Andrew Hinds**    jhinds@hindslawgroup.com, mduran@hindslawgroup.com
- **Jason M Rund (TR)**    trustee@srlawyers.com, jrund@ecf.axosfs.com
- **Rachel M Sposato**   rsposato@hindslawgroup.com, mduran@hindslawgroup.com
- **United States Trustee (LA)**   ustpregion16.la.ecf@usdoj.gov
- 

☐ Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL**:  On (*date*) _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3.  SERVED BY OVERNIGHT MAIL (state method for each person or entity served)**:  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 15, 2020  MAYRA DURAN | /s/ Mayra Duran |
|---|---|
| *Date*                 *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

*January 2009*                                                                                                      **F 9013-3.1**