JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@hindslawgroup.com
RACHEL M. SPOSATO (SBN 306045)
rsposato@hindslawgroup.com
THE HINDS LAW GROUP, APC
21257 Hawthorne Blvd., Second Floor
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Counsel for the Debtor,
Harold L. McQuinn, D.D.S., Inc.

# UNITED STATES BANKRUPTCY COURT

# CENTRAL DISTRICT OF CALIFORNIA

# LOS ANGELES DIVISION

| | |
|---|---|
| In re: | Case No.: 2:20-bk-18383-BR |
| HAROLD L. McQUINN, D.D.S., Inc., | (Chapter 7) |
| Debtor. | **DECLARATION OF SERVICE** |

I, Mayra Duran, hereby declare and state as follows:

1. I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. The matters set forth herein are made of my own personal knowledge and, if called and sworn as a witness, I could and would testify competently thereto.

2. On October 15, 2020 I served via U.S. Mail the following document described as **NOTICE OF CHAPTER 7 BANKRUPTCY CASE** (Docket No. 4) and attached hereto as Exhibit "A" on the list of creditors attached hereto as Exhibit "B".

1

**DECLARATION OF SERVICE**

1 | I declare under penalty of perjury and the laws of the State of California that the above is true and correct.

Executed on this 15th day of October, 2020, at Torrance, California.

_____
MAYRA DURAN

# EXHIBIT A

# EXHIBIT A

| Information to identify the case: | | |
|---|---|---|
| Debtor | Harold L. McQuinn, D.D.S., Inc.<br>Name | EIN _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court **Central District of California**<br>Case number: **2:20–bk–18383–BR** | | Date case filed for chapter **7   9/15/20** |

Official Form 309C (For Corporations or Partnerships)

# Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline                   12/15

**For the debtor listed above, a case has been filed under chapter 7 of the Bankruptcy Code. An order for relief has been entered.**

**This notice has important information about the case for creditors, debtors, and trustees, including information about the meeting of creditors and deadlines. Read both pages carefully.**

The filing of the case imposed an automatic stay against most collection activities. This means that creditors generally may not take action to collect debts from the debtor or the debtor's property. For example, while the stay is in effect, creditors cannot sue, assert a deficiency, repossess property, or otherwise try to collect from the debtor. Creditors cannot demand repayment from debtors by mail, phone, or otherwise. Creditors who violate the stay can be required to pay actual and punitive damages and attorney's fees.

To protect your rights, consult an attorney. All documents filed in the case may be inspected at the bankruptcy clerk's office at the address listed below or through PACER (Public Access to Court Electronic Records at www.pacer.gov).

**The staff of the bankruptcy clerk's office cannot give legal advice.**

**Do not file this notice with any proof of claim or other filing in the case.**

| | | | |
|---|---|---|---|
| 1. | **Debtor's full name** | Harold L. McQuinn, D.D.S., Inc. | |
| 2. | **All other names used in the last 8 years** | | |
| 3. | **Address** | 17250 Parthenia Street<br>Northridge, CA 90025 | |
| 4. | **Debtor's attorney**<br>Name and address | Rachel M Sposato<br>The Hinds Law Group, APC<br>21257 Hawthorne Blvd 2nd Fl<br>Torrance, CA 90503 | Contact phone 310–316–0500<br>Email _____ |
| 5. | **Bankruptcy trustee**<br>Name and address | Jason M Rund (TR)<br>Sheridan & Rund<br>840 Apollo Street, Suite 351<br>El Segundo, CA 90245 | Contact phone (310) 640–1200<br>Email _____ |
| 6. | **Bankruptcy clerk's office**<br>Documents in this case may be filed at this address. You may inspect all records filed in this case at this office or online at www.pacer.gov. | 255 East Temple Street,<br>Los Angeles, CA 90012 | Hours open:<br>9:00AM to 4:00 PM<br><br>Contact phone 855–460–9641<br><br>Dated: 9/15/20 |
| 7. | **Meeting of creditors**<br>The debtor's representative must attend the meeting to be questioned under oath by the trustee and by creditors. Creditors may attend, but are not required to do so. | **October 19, 2020 at 08:00 AM**<br><br>The meeting may be continued or adjourned to a later date. If so, the date will be on the court docket.<br><br>The trustee is designated to preside at the meeting of creditors. The case is covered by the chapter 7 blanket bond on file with the court. | Location:<br><br>**TELEPHONIC MEETING, FOR INSTRUCTIONS, CONTACT THE TRUSTEE** |
| 8. | **Proof of claim**<br>Please do not file a proof of claim unless you receive a notice to do so. | No property appears to be available to pay creditors. Therefore, please do not file a proof of claim now.<br><br>If it later appears that assets are available to pay creditors, the clerk will send you another notice telling you that you may file a proof of claim and stating the deadline. | |

/

**For more information, see page 2 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                   page 1

Debtor  **Harold L. McQuinn, D.D.S., Inc.**                                                    Case number **2:20-bk-18383-BR**

| | | |
|---|---|---|
| **9.** | **Creditors with a foreign address** | If you are a creditor receiving a notice mailed to a foreign address, you may file a motion asking the court to extend the deadlines in this notice. Consult an attorney familiar with United States bankruptcy law if you have any questions about your rights in this case. |
| **10.** | **Failure to File a Statement and/or Schedule(s)** | **IF THE DEBTOR HAS NOT FILED A STATEMENT AND/OR SCHEDULE(S) AND/OR OTHER REQUIRED DOCUMENTS,** the debtor must do so, or obtain an extension of time to do so, within 14 days of the petition filing date. Failure to comply with this requirement, or failure to appear at the initial section 341(a) meeting of creditors and any continuance, may result in dismissal of the case, unless leave of court is first obtained. If the debtor's case has not already been dismissed, AND DEBTOR FAILS TO DO ONE OF THE FOLLOWING WITHIN 45 DAYS AFTER THE PETITION DATE, subject to the provisions of Bankruptcy Code section 521(i)(4), the court WILL dismiss the case effective on the 46th day after the petition date without further notice: (1) file all documents required by Bankruptcy Code section 521(a)(1); or (2) file and serve a motion for an order extending the time to file the documents required by this section. |
| **11.** | **Bankruptcy Fraud and Abuse** | Any questions or information relating to bankruptcy fraud or abuse should be addressed to the Fraud Complaint Coordinator, Office of the United States Trustee, 915 Wilshire Blvd., Suite 1850, Los Angeles, CA 90017. |

**For more information, see page 1 >**

Official Form 309C (For Corporations or Partnerships) **Notice of Chapter 7 Bankruptcy Case –– No Proof of Claim Deadline**                   page **2**

Case 2:20-bk-18383-BR    Doc 21 Filed 09/15/20    Entered 09/15/20 14:30:28    Desc
Ch 7 First Mtg Corp No POC    Page 2 of 2

4

# EXHIBIT B

Adam Fast
470 Daniels Drive
Beverly Hills CA 90212

Adam Glass
3836 Broadlawn Drive
Los Angeles CA 90068

Akiko Onaka
540 San Vicente Blvd., #15
Santa Monica CA 90402

Alan Baron
29711 Harvester Rd.
Malibu CA 90265

Alana Johnson
5 SerranoWay
Rancho Mirage CA 92270

Alba M. Gonzalez
12340 Rochester Ave., #223
Los Angeles CA 90025

Albert J. Ovanda
18408 Haterras St., #56
Tarzana CA 91356

Alec Stern
1417 Oak Street
Santa Monica CA 90405

Alex Salcedo
13965 Lemoli Ave.
Hawthorne CA 90250

Alexandra Perrinelle
1010 N. Kings Rd.
West Hollywood CA 90069

Alfre Woodward
602 Bay Street
Santa Monica CA 90405

Alfred Scott Miller
700 East Union
Pasadena CA 91101

Allan Wallach
3321 S. Canfield #3
Los Angeles CA 90034

Allen Hershberg
455 N. Formos
Los Angeles CA 90036

Allen R. Hecht
13360 Meadow Wood Lane
Granada Hills CA 91344

Alyssa Barzideh
2 Bay Club Drive, #19Y
Bayside NY 11360

Ami Lapidot
39 Sapir Street
Caesarea IS 38900

Ana Bermudez
11810 Thorson Ave.
Lynwood CA 90262

Ana Solomon
13222 Capstone Drive
San Diego CA 92130

Ana Volodarakaya
7737 E. Camelbach Rd. #139
Scottsdale AZ 85251

Andrew Hwang
7 Chadbourne Ct
Newport Beach CA 92660

Andrew Segura
11238 Pine Ave.
 Lynwood CA 90262

Angie Everhart
4444 Cedros Ave.
 Sherman Oaks CA 91403

Anne Aber
525 Lorraine Blvd.
 Los Angeles CA 90020

Arax Harutunian
15303 Ventura Blvd., Suite 250
Sherman Oaks CA 91403

Arnold Mills
1507 Lindacrest
Beverly Hills CA 90210

Ashley Mun
27257 Riverview Lane
Valencia CA 91354

Ava Nickman
1034 Pine St.
Santa Monica CA 90405

Barab Lee
1501 Lindacrest Dr
Beverly Hills CA 90210

Barbara Kruger
2525 Deerborn Drive
Los Angeles CA 90068

Benjiman Barzideh
2 Bay Club Drive, #19Y
Bayside NY 11360

Betty Rivero
8661 Hollywood Blvd.
West Hollywood CA 90069

Biko Haffar
8306 Wilshore Blvd.
Beverly Hills CA 90211

Bobbi Wax
16828 Weddington St.
Encino CA 91436

Brian Moreno
8641 Edwin Drive
Los Angeles CA 90046

Bronwyn Preston
3859 Franklin Ave.
Los Angeles CA 90027

Bruce Davis
1557 N. Orange Grove
Los Angeles CA 90046

Bryan Nichols
5540 W. 62nd St.
Los Angeles CA 90056

Cameron Hamza
1527 Venice Blvd.
Venice CA 90291

Carl Hulick
5363 Paseo Caliente
Yorba Linda CA 92887

Carlo Marcucci
10543 Northvale Rd.
Los Angeles CA 90064

Carlo Tabibi
817 Whittier Dr.
Beverly Hills CA 90210

Carmelo Ali
1124 S. Point View
Los Angeles CA 90035

Carol Alexander
3756 Stewart Ave.
Los Angeles CA 90066

Carole Fernandez
5705 E. Lanai Street
Long Beach CA 90808

Caron Schwartz-Venckus
738 Holmby Ave.
Los Angeles CA 90024

Cayden S. Mathews
1410 W. 137th Street
Compton CA 90222

Charlene Char Margolis
25802 Ravine Rd
Southfield MI 48034

Charles Tate
1702 S. Robertson Blvd.
Los Angeles CA 90035

Chase Mellen
1157 S. Beverly Dr.
Los Angeles CA 90035

Chistopher Mulligan
11140 Washington Blvd.
Culver City CA 90232

Chloe Moll
344 Jasmine Street
Laguna Beach CA 92651

Chris Cote
336 36th St., #363
Bellingham WA 98225

Chris Taylor
1738 N. Vista St.
Los Angeles CA 90046

Christina Makarem
11942 Victoria Ave.
Los Angeles CA 90066

Christy Johnson
5 Serrano Way
Rancho Mirage CA 92270

Cindy Begel
9205 Hazel Way
Chatsworth CA 91311

Ciprini S. Nugent
4646 Willis Ave., Unit 102
Sherman Oaks CA 91403

Clara Campbell
12901 Admiral Ave.
Los Angeles CA 90066

Claudia Hernandez
43445 Tali Street
Lancaster CA 93535

6

Clifford Miller
8754 Darrington Ave.
Los Angeles CA 90048

Cody Gomberg
1441 Clay Street, #6
San Francisco CA 94109

Connie Orr
10543 Northvale Rd.
Los Angeles CA 90064

Connor McCoy
153 Naomi Ave.
Pismo Beach CA 93449

Consuelo Connie Orona
P.O. Box 2754
Blue Jay CA 92317

Corvin Phenix
11419 Braddock Dr.
Culver City CA 90230

Curtis Ro
447 Laguna Rd.
Pasadena CA 91105

Cynthia Wheelon
5480 Downey Rd.
Gloucester, Ontario, Canada K1X1C8

Dan Fernandez
5705 E. Lanai Street
Long Beach CA 90808

Dani Rowshanshad
9023 Alcott St. #301
Los Angeles CA 90035

Daniel Chapman
4174 Jackson Ave.
Culver City CA 90232

Daniel Fienberg
2861 S. Anchor Ave
Los Angeles CA 90064

Daniel O'Connell
4741 Aqueduct Ave.
Encino CA 91436

Daren E. Lorenz
26500 W. Agoura Rd., #721
Calabasas CA 91302

Darin Leverenze
26500 W. Augora Rd., #721
Calabasas CA 91302

Darrin Straff
1312 North Lincoln St.
Burbank CA 91506

David Brown
4038 W. 59th Pl.
Los Angeles CA 90043

David Freeman
1904 14th St
Santa Monica CA 90404

David Markarian
P.O. Box 2476
Rancho Mirage CA 92270

David Mumby
5913 Etiwanda, #6
Tarzana CA 91356

David Rowssanshad
1454 Reeves St., #1
Los Angeles CA 90035

Dawn Williams
108 S. Fith St.
Carolina Beach NC 28428

Deborah Newmyer
11054 Cashmere St.
Los Angeles CA 90049

Deborah Scro
11768 Moor Park Ave., Unit B
Studio City CA 91604

Deborah Smith
2520 23rd St.
Santa Monica CA 90405

Dennis McCarthy
135 S. Thurston Ave.
Los Angeles CA 90049

Dennis Miles
7422 6th ave.
Los Angeles CA 90043

Diane Warren
6363 Sunset Blvd., 8th Fl.
Los Angeles CA 90028

Dianne A. Hecht
13360 Meadow Wood Lane
Granada Hills CA 91344

Doreen Fox
4511 Star Circle
Culver City CA 90230

7

Dura Young
7825 4th Street
Downey CA 90241

Dylan Reziniano
1115 First Ave., Apt 7A
New York NY 10065

Eden Shaliehsaboo
9401 Bolton Rd.
Los Angeles CA 90034

Elaine Sperling
873 S. Bundy Dr.
Los Angeles CA 90049

Elizabeth Luini
10385 Tennessee Ave.
Los Angeles CA 90064

Elizabeth Smith
550 W. Regent St., #204
Inglewood CA 90301

Elizabeth-Liz Kane
619 Fir Avenue, Unit B
Inglewood CA 90306

Elizabeth-Liza Lynn
9641 Charleville Blvd.
Beverly Hills CA 90212

Emma Washburn
4806 Turquoise Lake Crt.
Colorado Springs CO 80924

Eric Cazenave
1035 9th Street
Santa Monica CA 90403

Eric Hirschberger
135 Montgomery St., Apt 12H
Jersey City NJ 07302

Erik Van Rhein
3536 Carnation Ave.
Los Angeles CA 90026

Esther Gardner
12575 Snapping Turtle Rd.
Apple Valley CA 92308

Evelyn Barajas
9545 Tervadell St.
Pico Rivera CA 90660

Evelyn Grampp
212 S. Reeves Dr., #8
Beverly Hills CA 90212

Evelyn Z. Dorshow
1025 S. Holt Ave., #308
Los Angeles CA 90035

Fabio Vota
1056 S. Genesee #4
Los Angeles CA 90019

Felicity Sundlun
170 W. 81st St.
New York NY 10024

Ferdinand Dizon
4462 Maplewood Ave.
Los Angeles CA 90004

Florence Dizon
4462 Mapleweood Ave.
Los Angeles CA 90040

Francis Cholle
7510 S. Sunset Blvd., #199
Los Angeles CA 90046

Frank Borin
14353 Califa Street
Van Nuys CA 91401

Frank Campis
4102 Cathann Street
Torrance CA 90503

Fred Conkling, Jr.
225 Avenue I, Suite 301
Redondo Beach CA 90277

Frieda Afary
11700 Iowa Ave., #301
Los Angeles CA 90025

Gabriel Ugarte
2107 Ocean Ave.
Santa Monica CA 90405

Gale Hayman-Haseltine
795 Fifth Ave, #507
New York NY 10065

Garrett A. Kolbe
5172 Dumont Place
Woodland Hills CA 91364

Gerald Jerry Friedman
P.O. Box 12346
Marina Del Rey CA 90295

Gila Lapidot
39 Sapir Street
Caesarea IS 38900

8

Gracie Eglit
29341 Castlehill Dr.
Agoura Hills CA 91301

Grant Hill
3859 Franklin Ave.
Los Angeles CA 90027

Grant Kirkpatrick
648 31st St.
Manhattan Beach CA 90266

Greg Melnyk
540 San Vicente Blvd., Unit 15
Santa Monica CA 90402

Gregory B. Gershuni
11377 W. Olympic Blvd.
Los Angeles CA 90064

Harold Huttas
8581 Santa Monica Blvd, #436
West Hollywood CA 90069

Herbie Inglove
24347 La Montura Dr
Valencia CA 91354

Homa Zaghi
2213 Glendon Ave.
Los Angeles CA 90064

Howard Corman
4771 Corbin Ave.
Tarzana CA 91356

Irena Ousiannikov
1115 First Ave., Apt. 7A
New York NY 10065

Irma Derrick
742 N. Harvard Blvd.
Los Angeles CA 90029

Ivanna Borin
14353 Califa Street
Van Nuys CA 91401

Jack Cucci
4252 Camellia Ave.
Studio City CA 91604

Jack Greene
219 Sherman Canal
Venice CA 90291

Jackie Traynor
5009 Alhama Dr.
Woodland Hills CA 91364

Jacqueline Acker
18734 Bechard Place
Cerritos CA 90703

Jaisalexis Tollette
1400 Brockton Ave., Apt 8
Los Angeles CA 90025

James Jim Meyers
1923 Rocky Dells Drive
Prescott AZ 86303

James McCue
16024 Acre Street
North Hills CA 91343

James Mitchell
4106 9th Ave.
Los Angeles CA 90008

James Newmyer
11054 Cashmere St.
Los Angeles CA 90049

James Wesley
4311 7th St.
Los Angeles CA 90008

Jaylene Ovando
10531 Shoup Ave.
Pacoima CA 91331

Jean Crupper
2430 12th Ave.
Los Angeles CA 90018

Jeanne Gutwirth
1420 South Rexford Drive, #12
Los Angeles CA 90035

Jeff R. Bertwell
4045 Lyceum Ave
Los Angeles CA 90066

Jeff Vance
8285 Sunset Blvd., Suite 8
Los Angeles CA 90046

Jeffrey Ptak
4358 Mammoth Ave., Unit 3
Sherman Oaks CA 91423

Jeffrey Seltzer
4515 Encino Ave.
Encino CA 91316

Jeffrey Werner
4910 1/4 McConnell Ave.
Los Angeles CA 90066

9

Jeiran Gholian
9742 Alcott Street
Los Angeles CA 90035

Jeirna Golian
9748 Alcott St
Los Angeles CA 90035

Jerome Butler
320 E. 42nd Street, #1709
New York NY 10017

Jerome Jerry Fox
4511 Star Circle
Culver City CA 90230

Jessica Moreno
18312 Collins Street Apt. 110
Tarzana CA 91356

Jill Ackles
2336 Meadow Valley Terrace
Los Angeles CA 90039

Joamme Warfield
2035 Glyndon Ave.
Venice CA 90291

Joel Johnson
5 Serrano Way
Rancho Mirage CA 92270

Joey Luango
20359 Anza Ave, Apt 10
Torrance CA 90205

John Adrain
6136 Frisco Square Blvd., #400
Frisco TX 75034

John Bamberger
12320 Montana Ave.
Los Angeles CA 90049

John Frederick Hall
11970 Walnut Lane, Unit 201
Los Angeles CA 90025

Jorge Rivero
8661 Hollywood Blvd.
West Hollywood CA 90069

Joseph Cucci
4252 Camellia Ave.
Studio City CA 91604

Joseph Ferrer-Mostad
5437 Fidler Ave.
Lakewood CA 90712

Josephine Glass
3836 Broadlawn Dr
Los Angeles CA 90068

Joy Lesser
4361 Chase Ave.
Los Angeles CA 90066

Judith Fanucchi
2302 Edingal Drive
Bakersfield CA 93311

Judith Sacks
1233 S. Amherst Ave.
Los Angeles CA 90025

Judy Swartz
705 Huntley Dr.
West Hollywood CA 90069

Judy Young
4804 Orinda Ave.
Los Angeles CA 90043

Julia Conkling
225 Avenue I, Suite 301
Redondo Beach CA 90277

Julian Burton
P.O. Box 2621
Palm Springs CA 92263

Julianna Nemeth
737 Longfellow Ave.
Hermosa Beach CA 90254

Julie Burleigh
2651 S. Raymond Ave.
Los Angeles CA 90007

Julie Leeds
11217 Homedale Street
Los Angeles CA 90049

Julie Wolfe
11419 Braddock Dr.
Culver City CA 90230

Julieann Getman
4111 Madison Ave.
Culver City CA 90232

Justin Connor
5419 Hollywood Blvd., Suite C, #252
Redondo Beach CA 90277

Karen Blythe-Stern
1417 Oak Street
Santa Monica CA 90405

Karen Knotts
6636 Clybourn Ave., #48
North Hollywood CA 91606

Karen Krasney-McCarthy
135 S. Thurston Ave.
Los Angeles CA 90049

Karie Prescott
1271 Upton Pl.
Los Angeles CA 90041

Karin De La Pena
70A Greenwich Ave., #113
New York NY 10011

Katherine Pilot
531 Pier Ave., #27
Hermosa Beach CA 90254

Kathleen Chiff
14231 NE 82nd Street
Redmond WA 98052

Kathryn McTighe
1185 La Subida Court
Riverside CA 92507

Katja Cahill
842 N. Crescent Heights
Los Angeles CA 90046

Kaylyn Kramer
1502 S. Bedford St., #1
Los Angeles CA 90035

Kelly Lange
3600 Coldwater Canyon Ave.
Studio City CA 91604

Kelsey K. Ro
447 Laguna Rd.
Pasadena CA 91105

Kenneth Krouse
170 S. Parkview Ave.
Columbus OH 43279

Kent Morimoto
16012 Acre St.
Woodland Hills CA 91367

Kessandra Stahl
309 E. Surfside Dr.
Port Hueneme CA 93041

Khosrow Pakravan
10531 Shoup Ave.
Pacoima CA 91331

Kim Lange
4284 Kraft Ave.
Studio City CA 91604

Kimberly Fletcher
2731 Rinconia Dr.
Los Angeles CA 90068

Kimmia DiGluro
1410 W. 137 St
Compton CA 90222

Kwabena Haffar
4653 Miland Drive
Los Angeles CA 90043

Kyla Siao
1672 West Blvd.
Los Angeles CA 90019

Lara Porzak
800 Hampton Dr., Suite C
Venice CA 90291

Larry Dias
8912 Wonderland Park Ave.
Los Angeles CA 90046

Larry McLinden
4411 Morrow Dr
Woodland Hills CA 91364

Laurie Turner
1316 Barry Ave., #6
Los Angeles CA 90025

Lee Wasserwald
1255 10th St., Unit 201
Santa Monica CA 90401

Lena Afary
1422 S. Bentley Ave., Apt. 302
Los Angeles CA 90025

Lenore Rose
224 S. Gale Dr.
Beverly Hills CA 90211

Leslie Wiener
P.O. Box 1871
Sonoma CA 95476

Liora Hirschberger
135 Montgomery St., Apt 8D
Jersey City NJ 07302

Lisa McIntosh
12309 Chessington St.
Bakersfield CA 93311

Lisa Russo
4145 Via Marina, Apt. 201
Marina Del Rey CA 90292

Lorena Ballesteros-Villa
4114 Soto Ave.
Riverside CA 92509

Lori Rabin
17204 Palisades Circle
Pacific Palisades CA 90272

Louise Morris
3500 W. 75th Place
Inglewood CA 90305

Lulu McAlister
P.O. Box 146
Rancho Santa Fe CA 92067

Lynn Kipnis
3555 Keystone Ave., #202
Los Angeles CA 90034

Madeleine F. Mindling
3211 W. Alameda Ave., Apt. A
Burbank CA 91505

Mahnaz Shaliehsaboo
1454 Reeves St., #1
Los Angeles CA 90035

Mahsa Afrasiabi
11625 Montana Ave., #124
Los Angeles CA 90049

Malin Bohman
1608 Brockton, #6
Los Angeles CA 90025

Manochr Rowshanshad
1454 Reeves St., #1
Los Angeles CA 90035

Marc Burkow
4205 Raintree Circle
Culver City CA 90230

Marc Pakravan
10421 Wyton Dr.
Los Angeles CA 90024

Margaret E. Washburn
146 S. Clark Dr., #201
Los Angeles CA 90048

Margaret Lew
3726 Mario Place
San Diego CA 92111

Margot Bamberger
500 N. Bristol Ave.
Los Angeles CA 90049

Maria E. Hernandez
18312 Collins St., #110
Tarzana CA 91356

Maria Hernandez
6022 Pomegranate Ln
Woodland Hills CA 91367

Maria Ordones
2416 Bellevue Ave., #316
Los Angeles CA 90026

Maria Tanner
1078 Miamonte Dr., #4
Santa Barbara CA 93109

Mariane Wiggins
800 Hampton Drive, #C
Venice CA 90291

Marie Hersberg
455 N. Formosa
Los Angeles CA 90036

Marilyn Rothman
15961 High Knoll Rd.
Encino CA 91436

Marina Fox
200 Carriage Place
Manhattan Beach CA 90266

Marisa Wax
16828 Weddington St.
Encino CA 91436

Marissa Mindling
13928 Tahiti Way, #133
Marina Del Rey CA 90292

Marla Gibbs
3500 Manchester Blvd., #267
Inglewood CA 90305

Marta Betancourt
9845 Wornom Ave.
Sunland CA 91040

Mary Bisc Deenihan
10332 Steven Pl.
Pacoima CA 91331-1000

Mary Anne Chern
1210 Avenida Buena Suerte
San Clemente CA 92672

Mary Anne Hall
11970 Walnut Lane #201
Los Angeles CA 90025

Masako Valentine
628 Fifth Ave.
Los Angeles CA 90049

Mason Moll
344 Jasmine Street
Laguna Beach CA 92651

Matan Shaliasaboo
9401 Bolton Rd.
Los Angeles CA 90034

Matthew Fisher
35 24th Ave.
Venice CA 90291

Mauricio Moreno
6022 Pomegranate Lane
Woodland Hills CA 91367

Megan Lennon
1314 14th Street, Apt. 104
Santa Monica CA 90404

Melanie Paykos
3209 Lowry Rd.
Los Angeles CA 90027

Michael Dowell
180 S. Madison Ave., #6
Pasadena CA 91101

Micheal Sohigian
1362 Marinette Rd.
Pacific Palisades CA 90272

Mike Guttman
109 N. Screen Land Drive, #B
Burbank CA 91501

Mike Shapiro
20528 Ventura Blvd., #301
Woodland Hills CA 91364

Millie Lane
455 N. Orange Grove
Los Angeles CA 90036

Minako Kudo
1924 S. Barrington Ave., #1
Los Angeles CA 90025

Minoo Shaliehsaboo
9401 Bolton Rd.
Los Angeles CA 90035

Minoo Shaliehsaboo
9748 Alcott St.
Los Angeles CA 90035

Mohtaram Joseph
10432 Eastborne Ave., #202
Los Angeles CA 90024

Moshe Hershberg
455 N. Formosa Ave.
Los Angeles CA 90036

Muriel Gund
302 East Carson, Suite 508
Las Vegas NV 89101

Nadia Pakravan
10421 Wyton Dr.
Los Angeles CA 90024

Nancy Dominguez
2482 Colby Ave.
Los Angeles CA 90064

Naomi Z. Feldman
132 S. Maple Drive
Beverly Hills CA 90212

Nas Cohen
3521 Caribeth Drive
Encino CA 91436

Nathan Sperling
873 S. Bundy Dr.
Los Angeles CA 90049

Nicholas Johnson
5 Serrano Way
Rancho Mirage CA 92270

Nick S. Cannon
15821 Ventura Blvd., Suite 525
Encino CA 91436

Nicolas Baron
15321 De Pauw St.
Pacific Palisades CA 90272

Nicole Perrinelle
1010 N. Kings Rd.
West Hollywood CA 90069

Nora Orozco
3052 W. 12th St.
Los Angeles CA 90006

Norina Del Rosario
1200 S. Shenandoah St. #301
Los Angeles CA 90035

Norman Lachman
862 N. Kenter Ave.
Los Angeles CA 90049

Orli Tabibi
817 Whittier Dr.
Beverly Hills CA 90210

Pamela Braverman
10560 Santa Monica Blvd., #106
Los Angeles CA 90025

Pamela Kaplan
311 Keller St
Petaluma CA 94952

Patti Zuckerman
3260 Colby Ave.
Los Angeles CA 90066

Pattrick Hatorri
5728 Stonecrest Drive
Agoura Hills CA 91301

Penny Hutchens
12610 Casswell Ave., #2
Los Angeles CA 90066

Philip Morton
1168 N. Doheny Dr.
West Hollywood CA 90069

R. Shannon Banks
10993 Bluffside Dr
Studio City CA 91604

Ralph Alex Gerstemzang
705 Huntley Dr.
West Hollywood CA 90069

Randy Zuckerman
3260 Colby Ave.
Los Angeles CA 90066

Raphael Jourdan
22357 Welby Way
Canoga Park CA 91303

Reena Liebling
751 1/2 Tularosa Dr
Los Angeles CA 90026

Renee Levien
1225 Armacost Ave., #301
Los Angeles CA 90025

Renee Sperling
9566 Tullis Rd.
Beverly Hills CA 90210

Richard Ayles
1238 S. Hayworth Ave.
Los Angeles CA 90035

Robert Aruj
2566 Roscomare Road
Los Angeles CA 90077

Robert J. Solomon
13222 Capstone Dr.
San Diego CA 92130

Robert Weaver
1437 24th St.
Santa Monica CA 90404

Roberto Aldape
1693 Wildwood Drive
Los Angeles CA 90041

Ronald Weiss
458 21st St.
Santa Monica CA 90402

Rose Segura
11238 Pine Ave.
Lynwood CA 90262

Rosemarie Keene
1012 Carol Dr., Apt. 2
West Hollywood CA 90069

Ruby R. Fernandez
P.O. Box 2183
El Segundo CA 90245

Ruth Genah
18601 Collins St. #D35
Tarzana CA 91356

Ryan Joshua
26425 Brooks Circle
Stevenson Ranch CA 91381

Sandra Vianna
1527 Venice Blvd.
Venice CA 90291

Sandy Mulligan
58 Tantumorantum Rd
Old Lyme CT 06371

Sasha Nickman
1034 Pine St.
Santa Monica CA 90405

Savanna Mandel
1119 Broadway, Apt. H
Santa Monica CA 90401

Savannah Jourdan
22357 Welby Way
Canoga Park CA 91303

Scott Freeman
1904 14th Street
Santa Monica CA 90404

Sean McCarthy
135 S. Thurston Ave.
Los Angeles CA 90049

Sebastian Teitel
953 S. Longwood Ave.
Los Angeles  CA 90019

Shana Johnson
5 Serrano Way
Rancho Mirage CA 92270

Sharon Joseph
10432 Eastborne Ave., #202
Los Angeles CA 90024

Shawki Haffar
4653 Mioland Dr
Los Angeles CA 90043

Shayna Leeds
11217 Homedale Street
Los Angeles CA 90049

Sher Merchant
265 El Cameno Drive
Beverly Hills CA 90212

Shirley Chasin
4507 Carpenter Ave.
Valley Village CA 91607

Shirley Woods
4106 9th Ave.
Los Angeles CA 90008

Slham Shaliehsaboo
9401 Bolton Rd.
Los Angeles CA 90034

Sofi Newmyer
11054 Cashmere St.
Los Angeles CA 90049

Sonaleena Hargrove
3858 West 242nd St, Apt. B
Torrance CA 90505

Spencer Gibbs
2544 Wingfield Rd
Calabasas CA 91302

Stefanie Sixtos
9961 Lurline Ave., #204
Chatsworth CA 91311

Stephanie Jourdan
22357 Welby Way
Canoga Park CA 91303

Sterling Snyder
1480 Sooth Canfield Ave.
Los Angeles CA 90035

Steve Bernston
284 Royal Linda Drive
Goleta CA 93117

Sue Suze McClellan
P.O. Box 20059
Santa Barbara CA 93120

Susan Hardin
19222 Arminita St
Reseda CA 91335

Susan Hilderley
509 28th Ave
Venice CA 90291

Susanne Bennett
16656 Calle Jermaine
Pacific Palisades CA 90272

Suzanne-Susie Ansilio
8180 Monitoba Street, #107
Playa Del Rey CA 90293

Sydney Curtis
450 N. Sycamore Ave., Apt. 10
Los Angeles CA 90036

Tamurlaine Adams
10153 1/2 Riverside Drive, #634
North Hollywood CA 91602

Tara Love
311 N. Robertson Blvd., #560
Beverly Hills CA 90211

Tash Moseley
5351 Village Green
Los Angeles CA 90016

Teotista Q. Stanton
1672 West Blvd.
Los Angeles CA 90019

Teri Tunder
7218 Hillside Ave., #103
Los Angeles CA 90046

Terry Lawton
9840 Yoakum Drive
Beverly Hills CA 90210

Theodore Solomon
7737 E. Camelbach Rd., #139
Scottsdale AZ 85251

Thomas Robins
17416 Revello Dr.
Pasadena CA 91105

Thu Krenz
4628 Eagle Rock Blvd., #5
Los Angeles CA 90041

Tiffany Vojdani
1260 Holmy Ave.
Los Angeles CA 90024

Tim Yarger
1027 Aconto Place
Los Angeles CA 90049

Tomie Abe
4006 Sunridge Road
Pebble Beach CA 93953

Tomoko Saito
9547 Maples Dr.
Cypress CA 90630

Tondy Greenberg
842 N. Crecent Heights
Los Angeles CA 90046

Tracy Curry
1635 N. Cahuenga Blvd.
Los Angeles CA 90028

Tracy Sundlun
10942 Hillcreek
Santee CA 92071

Tritia Miyake Toyota
2444 Wilshire Blvd., #504
Santa Monica CA 90403

Vernetta Jenkins
1302 S. Genesse Ave
Los Angeles CA 90019

Veronica Salcedo
13965 Lemoli Ave.
Hawthorne CA 90250

Viviana Torres
5500 Newcastle Ave., #53
Encino CA 91316

Wayne Rice
1007 Maybrook Drive
Beverly Hills CA 90210

Wendy Silvers
4174 Le Bourget Ave.
Culver City CA 90232

Will Wright
8565 Holloway Dr., Apt. 2
West Hollywood CA 90069

Yasmine Hanane
7111 Santa Monica Blvd., #636
Los Angeles CA 90046

Young Kim
13600 Marin Pointe Dr.
Marina Del Rey CA 90292

Yukiko Yuki Chapman
4174 Jackson Ave.
Culver City CA 90232

Yvette Monteilh
7308 9th Ave.
Los Angeles CA 90043

Yvonee Hanratty
13153 Ortley Place
Van Nuys CA 91401

16

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:

21257 Hawthorne Blvd., Second Floor, Torrance, CA 90503

A true and correct copy of the foregoing document entitled (*specify*) **DECLARATION OF SERVICE** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1**. **TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) **October 15, 2020** I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

- **James Andrew Hinds**    jhinds@hindslawgroup.com, mduran@hindslawgroup.com
- **Jason M Rund (TR)**    trustee@srlawyers.com, jrund@ecf.axosfs.com
- **Rachel M Sposato**    rsposato@hindslawgroup.com, mduran@hindslawgroup.com
- **United States Trustee (LA)**    ustpregion16.la.ecf@usdoj.gov

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**: On (*date*) _____ I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

**3. SERVED BY OVERNIGHT MAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____ I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| October 15, 2020 | MAYRA DURAN | /s/ Mayra Duran |
|---|---|---|
| *Date* | *Printed Name* | *Signature* |

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

January 2009                                                                                                          F 9013-3.1