JAMES ANDREW HINDS, JR. (SBN 71222)
jhinds@hindslawgroup.com
RACHEL M. SPOSATO (SBN 306045)
rsposato@hindslawgroup.com
THE HINDS LAW GROUP, APC
21257 Hawthorne Blvd., Second Floor
Torrance, California 90503
Telephone: (310) 316-0500
Facsimile: (310) 792-5977

Counsel for the Debtor,
Harold L. McQuinn, D.D.S., Inc.

**FILED & ENTERED**

NOV 17 2020

CLERK U.S. BANKRUPTCY COURT
Central District of California
BY fortier    DEPUTY CLERK

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA

## LOS ANGELES DIVISION

| | |
|---|---|
| In re:<br><br>HAROLD L. McQUINN, D.D.S., Inc.,<br><br>   Debtor. | Case No.: 2:20-bk-18383-BR<br><br>(Chapter 7)<br><br>**ORDER APPROVING JOINT STIPULATION FOR RETENTION AND RETURN OF DEBTOR'S PATIENT MEDICAL RECORDS**<br><br>[No Hearing Necessary] |

Pursuant to the *Joint Stipulation For Retention And Return Of Debtor's Patient Medical Records* filed on November 13, 2020, as Docket No. 27 ("Stipulation"), and good cause appearing therefrom,

**IT IS ORDERED** that:

1. The Stipulation is approved in its entirety;

2. The Debtor's Patient Records, currently located at 11860 Wilshire Blvd., Suite 302, Los Angeles, CA 90025 will be transferred and relocated to Dr. Leith Shawaf, D.D.S. at 11859 Wilshire Blvd. #555, Los Angeles, CA within 30 days of the entry of this Order;

3. Within 30 days of an order approving this Stipulation, Debtor or Harold L. McQuinn, D.D.S. individually, shall notify all current and former patients for which Debtor still maintains Patient Records that the Debtor's dental practice is closed and that records are available to obtained from Shawaf Dental;

4. Shawaf Dental shall confidentiality maintain the Patient Records so the Practice's patients may obtain their record(s) during business hours and/or have them transferred to another location all in accordance with all California and Federal laws regarding the retention of dental health care records; and

5. Debtor, Harold L. McQuinn, DDS individually or Shawaf Dental shall not assert any administrative expense claims against the Debtor's bankruptcy estate in connection with the transfer or retention of the Patient Records.

###

Date: November 17, 2020

*Barry Russell*
Barry Russell
United States Bankruptcy Judge